**AFFIDAVIT**

I, Christian Jardin, having been duly sworn, state as follows:

1.      I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and am assigned to ATF's Providence office.  I have been a Special Agent with ATF since 2001.  Based on my training and experience as an ATF Special Agent, I am familiar with federal firearms and narcotics laws.  As an ATF Special Agent, I have been involved, either as lead agent or as a member of an investigative team, in numerous firearms and narcotics investigations, including matters in which I have managed searches and arrests.   I submit this affidavit in support of:

  a) a warrant to search the first floor apartment, basement and detached two car garage of 17 Victory Street in Cranston, Rhode Island, which is further described as a white two story residence, with a front door centered on the structure with number "17" above the front door. The dwelling features a detached two car garage with extended driveway. The dwelling also has a rear entrance and metal chain link fence that surrounds the rear and left side of the property. The dwelling also has windows just below the first floor consistent with basement windows (hereinafter, the "residence"),

  b) the person of Davith HOY (born January 1980),

  c) a 2005 White Acura MDX SUV bearing RI Registration (JN-273), (VIN# 2HNYD18915H514470) (hereinafter, the "vehicle"),

  d) the cellular telephone assigned call number (401) 649-3141   ("Cell Phone #1"), which is believed to be Davith HOY'S cellular telephone.

2.      The information in this affidavit is based on my investigation as well as information provided by other law enforcement agents.  This affidavit is intended to show that there is sufficient basis for the requested warrant and does not set forth all of my knowledge about this matter.

3.      For the reasons set forth below, there is probable cause to believe that Davith HOY (born January 1980) (hereinafter, "HOY") is engaged in a conspiracy to

distribute amphetamines and distributes and possesses amphetamines in violation of 21 U.S.C. § § 841(a)(1) and 846.

4.      Davith HOY has a criminal history including the following convictions and adjudications:  P2/2000-3405A, Providence Superior Court Possession of cocaine 08/10/2011, Nolo contendere sentenced to 18 months-probation;  10/13/2016, Larceny over $250   Guilty, North Attleboro, Massachusetts sentenced to 11 months suspended sentence; Robbery with a dangerous weapon, Guilty, Landis, North Carolina sentenced to 244 days imprisonment; Felony larceny Guilty, Rowan County, North Carolina sentence unknown.    Based upon my investigation, set forth more fully below, I have reason to believe HOY is currently distributing amphetamines that he markets as Adderall.  Adderall is the trade marked name of Dextroamphetamine Saccharate a Schedule II Controlled substance used to treat Attention Deficient Disorder.  It is a widely abused amphetamine.

## Investigation

*Arrest of Ronald KRAMER*

5.      My discovery of HOY's involvement in the distribution of amphetamines resulted from my investigation into the criminal activities of an inmate at the Rhode Island Department of Corrections' Adult Correctional Institution (ACI) Ronald KRAMER.  On February 18, 2021, Ronald KRAMER (born June of 1984), was arrested by the Providence Police Department after a motor vehicle stop that occurred in the vicinity of 310 Hawkins Street Providence, RI (KRAMER'S residence). At the time of his arrest, KRAMER was with a woman identified as Rebecca BEAUCHAMP (born in October of 1984), with a cell phone # 401-692-8822. KRAMER was charged with violations of Rhode Island General Laws including  Resisting arrest, § 12-7-10   Driving

under the influence, § 31-27-2, Obstructing an officer in his duties, § 11-32-1 and Driving while license suspended § 31-11-18.

6.      I have reviewed Rhode Island Sixth Division District Court Docket No. 61-2021-01557 and learned that on February 18, 2021, KRAMER was convicted of Driving under the influence of Liquor - .08 to .10 - 1st Offense and Resisting Legal or Illegal Arrest. KRAMER was sentenced on February 18, 2021 to one year imprisonment with forty five days to serve with the balance suspended.

7.      I have reviewed additional state court records revealing that KRAMER has previous felony convictions for the following violent crimes:

- First degree robbery (P1-2003-1329A)  entered a plea of nolo contendre 09/27/2013 sentenced to 15 years imprisonment and ordered to serve the first six years with the balance suspended and probation.

- Breaking and entering/domestic (P2-2013-0084ADV)  entered a plea of nolo contendre 09/27/2013 sentenced to 5 years imprisonment.  Sentence suspended with concurrent term of probation.

- Violation of a no contact order/3rd offense (P2-2013-2704ADV) entered a plea of nolo contender 09/27/2013 sentenced to 10 years imprisonment and ordered to serve the first 4 year with the balance suspended and probation.

- Felony Assault (P2-2018-0176A) entered a plea of nolo contendre 01/23/2019 sentenced to 3 years imprisonment, ordered to serve the first year of the sentence with the balance suspended with probation.

- Violation of a no contact order/3+offense (K2-2018-0833A) entered a plea of nolo contendre November 21, 2018.  Sentenced to 3 years imprisonment, ordered to serve the first year of the sentence with the balance suspended with probation.

8.      Further, I have reviewed Rhode Island Department of Corrections records and learned that Rebecca BEAUCHAMP with call number 401-692-8822 is listed as KRAMER'S friend and emergency contact. BEAUCHAMP has visited KRAMER at the ACI during various periods of his incarceration.

*Possession of a firearm by Ronald KRAMER*

9.      I have contacted officials of the Rhode Island Department of Corrections and  requested access to the recorded jail/prison calls of Ronald KRAMER.  Based on my review of the calls, I discovered that on 02/18/21, at 13:53, KRAMER, using the recorded lines of the Adult Correctional Institution (ACI), called BEAUCHAMP at call number 401-692-8822. I listened to the call and heard  BEAUCHAMP tell KRAMER to continue to file his unemployment claims while he was incarcerated. KRAMER then began to provide BEAUCHAMP with his social security number. At (2:26) BEAUCHAMP told KRAMER "your social." KRAMER replied "yup." BEAUCHAMP then said, "I have that, I have your social and your birth certificate." KRAMER replied "Ohh, okay, how?" BEAUCHAMP said, "because when I was talking to, I texted Ernie last night, he never answered until this morning and he said you got to meet me at his house, we have to get important shit out of there just in case." KRAMER replied, "did you get my gun? oh, I mean like" and BEAUCHAMP replied "yup".  KRAMER then said "yup, did you take the bullets out of it" and BEAUCHAMP replied, "everything's all set". KRAMER said "huh" and BEAUCHAMP said, "it's all set" and KRAMER replied "alright".   Based upon KRAMER's criminal history he is a prohibited person and possession of a firearm constitutes a violation of federal law.

10.      Later in this same call, KRAMER began to make reference to his desire that BEAUCHAMP continue to operate his amphetamine delivery business.  KRAMER was heard explaining to BEAUCHAMP how to contact his source of supply (SOS) for Adderall pills and explained to BEAUCHAMP that the SOS charges two hundred dollars for one hundred Adderall Pills.,

11.      On 02/18/21, at 14:12, KRAMER, using the ACI recorded lines, called BEAUCHAMP at call number 401-692-8822. During the call, KRAMER confirmed with BEAUCHAMP that BEAUCHAMP had KRAMER'S cellular telephone.

*Conspiracy between KRAMER, BEAUCHAMP, and HOY to distribute Amphetamines*

12.      On 02/18/21, at 16:01, KRAMER, using the ACI recorded lines, called BEAUCHAMP at call number 401-692-8822. During the call, BEAUCHAMP informed KRAMER that he was being evicted from his apartment. KRAMER then made plans with BEAUCHAMP to move in with her upon his release from prison.

13.      Later in the call (13:34) KRAMER told BEAUCHAMP "alright, so message Lisa." BEAUCHAMP told KRAMER "alright, hold on" KRAMER then said "actually you know what, call the "A," the "A" phone real quick" BEAUCHAMP said "right now?" and KRAMER said "well don't call it on speaker, call it and be like, this is Ron's girl, he's on the phone, he's in jail, start it off with that, see what, and just go from there, say listen he's there and he wants to know if I can keep meeting you so that when he gets out, make sure he takes care of everything while he's, while's he gone, if not I'll just text his brother and his brother will do it but I want you to call him and not text him." BEAUCHAMP replied, "you said "A" right?" KRAMER replied "A-D-D-Y yeah, no T." BEAUCHAMP replied "yeah, yup" KRAMER said "be like hey this is Ron's girl, I'm on the phone with him right now, he's in intake" BEAUCHAMP, at (14:14) can be heard saying "hi this is Ron's girl Becky, I'm on the phone with Ron right now, he got arrested last night, he's in jail for like forty five days, yes" KRAMER then said "say he got a DUI."

14.     Later in the call (14:32) BEAUCHAMP said "alright, hold on, I got a phone to each ear, alright what's next" KRAMER then said "alright, tell him I'm locked up for a DUI for forty five days, tell him I'd like for you to keep things going if that's possible." BEAUCHAMP then said, "he said he's locked up for forty five days for the DUI and he wants to know if I can keep doing what he was doing" KRAMER then said, "until I get out." BEAUCHAMP then said, "yes I was with him the other day, yes" BEAUCHAMP then said, "he said yeah." KRAMER then said, "alright cool, just tell him umh, tell him someone said they need something Saturday for sure but I got to hit everybody up because I'm obviously I'm in here and I haven't been able to." BEAUCHAMP then said, "hold on, hold on, hold on, you said what for Saturday." KRAMER then said, "I'm supposed to need at least one for Saturday but I'm going to hit everybody up, tell him I haven't talked to everyone yet." BEAUCHAMP said, "he said, he's at least one for Saturday and he's gonna have me hit up everybody else and then I'll just get in contact with you." BEAUCHAMP then said, "do not call the brother, I got it."  Based upon my experience and training coupled with my conversations with other investigators and my review of KRAMER's prison calls, I know that "A" is a codename for KRAMER's source of supply (SOS) for his amphetamine business.  During the call, BEAUCHAMP told the SOS that she will keep KRAMER'S phone on and she would keep in touch with him.

15.     Based on my experience and training coupled with my review of the above referenced call, I know that during the above described call on 02/18/21, at 4:15pm, BEAUCHAMP used KRAMER'S cell phone (call number 401-300-8932) to contact KRAMER'S SOS for Adderall pills. KRAMER then had BEAUCHAMP ask the SOS if BEAUCHAMP could continue purchasing Adderall pills from the SOS while KRAMER was incarcerated. The SOS agreed to supply BEAUCHAMP with Adderall pills while KRAMER was incarcerated.

16.     I have secured call detail records related to 401-300-8932.   ATF
Intelligence Research Specialist (IRS) Haley is assisting me in this investigation.  IRS
Haley analyzed call data records for call number 401-300-8932 (KRAMER'S cell phone)
and determined that on 02/18/21, at 4:15pm, a call was placed from call number 401-
300-8932 to call number 401-649-3141. Subscriber records reveal that call number 401-
300-8932 is in the name of BEAUCHAMP with an address of 14 Redfern Street North
Providence, RI.  Subscriber records reveal that call number 401-649-3141 is in the name
of Davith HOY with an address of 17 Victory Street Cranston, RI.  From this data I
tentatively identified HOY as KRAMER's SOS.

17.     Later in this same call, after BEAUCHAMP was done speaking with the
SOS (16:28) KRAMER told BEAUCHAMP "so message Crystal, tell Crystal you're going
to keep taking care of everything, umh, Lisa, then there's Dahlia." BEAUCHAMP then
said, "hold on, Crystal, just what, I'm taking over everything the next forty five days."
KRAMER then said, "who's that Lisa?" BEAUCHAMP replied "Crystal, I started with
Crystal." KRAMER replied "yeah, yeah just let her know that I'm locked up for forty
five days and you're going to be taking care of everything, if you need anything you'll
have my phone, you can copy and paste that to everybody." BEAUCHAMP replied, I'm
gonna, hold on, alright, give me one second, it's fuckin, alright, and copy, alright so that
was Crystal, let me find Lisa, Dupre?" KRAMER replied "yup" BEAUCHAMP then
said "done, who else". KRAMER replied, "Dahlia is in text messages, while actually,
while you're in there just send Wayne a message and let him know." BEAUCHAMP
later replied "okay, Wayne is done and you said Dahlia text messages, hold on."

18.     Based on my experience and training and listening to the above described
call, I am aware that during that call, BEAUCHAMP messaged the following drug
customers and let them know that KRAMER was incarcerated and BEAUCHAMP
would be continuing KRAMER'S drug operation while he was incarcerated: Crystal,
Wayne, Dahlia and Lisa Dupre.

19.     On 02/18/21, at 16:33, KRAMER, using the ACI recorded lines, called BEAUCHAMP at call number 401-692- 8822. I listened to the call and learned that during the call (15:01) BEAUCHAMP told KRAMER "alright, everybody's just responding now." KRAMER replied "cool." BEAUCHAMP then said "Lisa, Lisa wants to know if twenty or thirty is okay tomorrow." KRAMER replied "alright, so, no matter what, that cover's a hundred, you understand." BEAUCHAMP replied, "twenty to thirty?" KRAMER replied "twenty covers a.  BEAUCHAMP then said "because, and then there's still some left? No, a hundred is two right?" KRAMER replied "yes." BEAUCHAMP then said "okay, that's what I was confused about, okay, so a hundred equals two." KRAMER said "what?" BEAUCHAMP then said, "I got it, so a hundred equals two." KRAMER replied, "um hum." BEAUCHAMP replied "yup, that's what I thought, but then you do, you do something different when it's a hundred?" KRAMER replied, "Crystal's four fifty," BEAUCHAMP replied "yup." KRAMER then said "Dahlia's six hundred, and everybody else is ten a piece, umh, Alesha, if she messages you for them, I don't think she will, I haven't heard from her, but I charge her five a piece, but she gets a hundred pack, that's only on hundreds, any of those prices on hundreds, you understand ." BEAUCHAMP then said, "for four fifty and the six, right?" KRAMER then said, "four fifty, six and Alesha's five." BEAUCHAMP then said, "and that's all just on hundreds." KRAMER then said, "that's only hundreds, yes, anything else is ten dollars, that's it." BEAUCHAMP then said "okay, and then what about your cousin?" KRAMER replied "ten, but he's in East Providence so you'd have to be able to bring it to him and I don't think you would be able to because you work." BEAUCHAMP replied "exactly."

20.     BEAUCHAMP then explained that she goes in to work for 8:30am so she could deliver to KRAMER's cousin in the morning. KRAMER then told BEAUCHAMP to message his cousin and tell him that. BEAUCHAMP then explained that she can't deliver tomorrow morning because she has to meet the pill SOS before work. At (17:16)

BEAUCHAMP told KRAMER "A" not "T," I have to meet him first right?" KRAMER replied, "well you got to have the money for it." BEAUCHAMP then said that she would have to do the "running around" after work at nighttime. KRAMER then suggested that she leave the pills at her house with "Amadeus" and customers would go to her house to get them. Using a commercially available database (Accurint) I learned that Rebecca BEAUCHAMP is also known as Rebecca MUNOZ and an individual named Amadeus Munoz is associated with Rebecca BEAUCHAMP'S current address (14 Redfern Street North Providence, RI.) I later learned from listening to additional jail calls that Amadeus Munoz is BEAUCHAMP'S son.

21.     Based on my experience and training, I know that during the above describe call  KRAMER explained to BEAUCHAMP that the cost for one hundred Adderall pills form the SOS is two hundred dollars. KRAMER also told BEAUCHAMP to charge ten dollars per pill and to discount bulk orders of one hundred pills. KRAMER provided the prices to BEAUCHAMP for the following current customers who purchase pills in quantities of one hundred. KRAMER explained that Crystal is charged four hundred fifty dollars, Alesha is charged five hundred dollars and Dahlia is charged six hundred dollars for one hundred Adderall pills.

22.     On 02/18/21, at 16:55, KRAMER, using the ACI recorded lines, called BEAUCHAMP at call number 401-692-8822. I listened to the call and learned that during the call (1:27) KRAMER asked BEAUCHAMP "umh, did you take those out of that like I told you to?" BEAUCHAMP replied, "take those out of it?" KRAMER replied, "my thing." BEAUCHAMP replied "no, I haven't gotten it upstairs yet, why there's more because I found the ones that were in the glove." KRAMER replied, "in the what? yeah, there inside it." BEAUCHAMP replied, "there inside the glove." KRAMER then said, "there inside of it!" BEAUCHAMP replied, "so there's more because there's some in the glove?" KRAMER then said, "there's some in the glove, those are extra, there's six inside

it." BEAUCHAMP then said "okay, okay, I will get that, I haven't unloaded, I haven't even unloaded the Jeep yet."

23.     Through my experience and training, I am aware that during the above described call KRAMER told BEAUCHAMP to unload six rounds of ammunition from his firearm. II also learned that BEAUCHAMP located additional rounds of ammunition inside of a glove.

24.     On 02/18/21, at 17:30, KRAMER, using the ACI recorded lines, called BEAUCHAMP at call number 401-692-8822. II listened to the call and learned that during the call (12:05) KRAMER told BEAUCHAMP "when you go in the truck make sure that you get that out before the kids go in there." BEAUCHAMP replied, "they're not going to find it." KRAMER replied "alright, I'm just making sure." BEAUCHAMP repeated "they're not going to find it." KRAMER then said "alright" and BEAUCHAMP said, "I was scared enough having to put it in the car because there was no way I was leaving it there, I literally went, that's exactly what I went looking for". KRAMER replied, "yeah that's what I was going to call you for." BEAUCHAMP replied "yeah, you didn't need to." KRAMER then said, "you're good like that." BEAUCHAMP told KRAMER "I went looking for that and then right after that I went digging for your social and your birth certificate." KRAMER replied, "top left drawer in my dresser." BEAUCHAMP replied "Yup, found it." KRAMER replied, "I know."

25.     Based upon my experience and training, I am aware that during the above described call that KRAMER told BEAUCHAMP to remove his firearm from the vehicle to make sure the kids didn't find it.

26.     On 02/18/21, at 18:16, KRAMER, using the  ACI recorded lines, called BEAUCHAMP at call number 401-692-8822. II listened to the call and learned that during the call (14:02) KRAMER asked BEAUCHAMP "where is that thing, did you put it away, is it out in the open somewhere, or?" BEAUCHAMP replied, "oh no, I haven't dug it out yet." KRAMER then said "just be careful, I know Iliana is there and shit so"

BEAUCHAMP replied "I know but it's, it's, I got it, I was way too worried about it just being in the freakin car to begin with." During the call (18:50) BEAUCHAMP told KRAMER "alright, well let me roll this blunt and then we'll leave ..."

27.    On 02/19/21, at 15:07, KRAMER, using the ACI recorded lines, called BEAUCHAMP at call number 401-692-8822. I listened to the call and heard BEAUCHAMP tell KRAMER that an individual named "Chris Hokage" was seeking to acquire something for three hundred dollars. BEAUCHAMP was unsure what Chris Hokage wanted and learned from KRAMER that he believed Chris Hokage was seeking Xanax pills. KRAMER told BEAUCHAMP that she could acquire Xanax pills from the same SOS. KRAMER explained to BEAUCHAMP that the SOS charges one hundred fifty dollars for one hundred Xanax pills and BEAUCHAMP could make one hundred fifty dollars profit on the sale.

28.    During the call BEAUCHAMP complained that Alesha is a "moron" and BEAUCHAMP would be meeting "Lisa" later for thirty. KRAMER explained that by selling thirty pills, BEAUCHAMP would make one hundred dollars and still have seventy left. I noted that the SOS charges two hundred for one hundred pills and if BEUAHCAMP sells thirty pills at ten dollars per pill, she would make three hundred dollars off of the sale. One hundred would be the profit and BEAUCHAMP would still have seventy pills remaining.

29.    During the call, KRAMER told BEAUCHAMP that she needed to contact the customers "every day." During the call, BEAUCHAMP told KRAMER that she was going to "hit up A on my way home and do that on my way home." During the call, BEAUCHAMP was relaying messages from "Chris Hokage" and KRAMER told BEAUCHAMP to tell Chris Hokage that the SOS has "yellow and white bars" and "it's hundred packs only". KRAMER again explained that the pills would cost BEAUCHAMP one hundred fifty dollars and to sell them to Chris Hokage for 300 dollars.

30.     During the call (13:50) BEAUCHAMP relayed the following message to KRAMER "okay, so he said lol, nah, nah, I thought you knew but nah, I was asking for a clean thing." BEAUCHAMP told KRAMER that the person will wait to talk with KRAMER. At (14:12) BEAUCHAMP told KRAMER "he put a picture of a bomb and a gun." KRAMER then said " ... tell him there's a twenty two, you can get rid of that but he can come and pick it up, you don't have to go nowhere, say I got twenty two with food." BEAUCHAMP repeated "twenty two with food" and KRAMER said "yeah, you know what I'm talking about?" BEAUCHAMP replied "yup."

31.      I am aware from my experience and training along with my review of KRAMER's jail calls that during this call BEAUCHAMP was telling KRAMER that "Chris Hokage" was inquiring with KRAMER about the availability of a firearm. KRAMER instructed BEAUCHAMP to tell Chris Hokage that KRAMER has a .22 caliber firearm with ammunition for sale. I know that the word "food" when referencing firearms means ammunition.

32.     During the call (17:15) BEAUCHAMP told KRAMER "so Alesha's gonna give me five hundred, Lisa's gonna give me three hundred." KRAMER replied "correct." BEAUCHAMP then said, "and this kid, he said for how much?" KRAMER replied" ... I'll do it for three but that's the best, I paid, I paid three fifty but I've had it for a while." BEAUCHAMP then said, "I'm talking about Chris, where talking about Chris." KRAMER replied, "I know, I know." BEAUCHAMP replied "three." KRAMER replied, "tell him three is the best I'll do on it." KRAMER then said, "I'm pretty sure he lives right near you too because he moved to North Providence with his girl but I don't know if he's staying there or not." KRAMER told BEAUCHAMP "imagine that." BEAUCHAMP then said, "that's cool, that means I have to go and dig that out." BEAUCHAMP replied, "I'd rather you dig it out than have it not be there anyways." BEAUCHAMP replied, "me too, me too." BEAUCHAMP then said "alright, I'll have to wait and see what he says, I won't go below three on that."

33.     Based upon my experience and training along with my review of a series of jail calls involving KRAMER that during this call KRAMER told BEAUCHAMP that he paid three hundred fifty dollars for the .22 firearm and that he has had the gun for a while. KRAMER also told BEAUCHAMP that the lowest he will sell the gun for is three hundred dollars.

34.     On 02/20/21, at 08:17, KRAMER, using the ACI recorded lines, called BEAUCHAMP at call number 401-692-8822. I listened to the call and  during the call (0:52) heard KRAMER ask BEAUCHAMP "did Chris ended up taking that or no?" BEAUCHAMP replied "no, he said uhm, he would of, he'd get back to me either last night or today or whatever, he asked if I could hold it for him and I was like well it's not gonna be around very long so he's like alright well, then he said he would let me know either last night or today and I haven't heard from him at all."

35.     During this same call, BEAUCHAMP told KRAMER that she was going to see Crystal today for a "full one" and KRAMER reminded her that Crystal is John's girlfriend and he charges Crystal "four fifty." BEAUCHAMP also told KRAMER that she met the SOS yesterday "A" and that he weighs pills rather than count them. BEAUCHAMP told KRAMER that there were fifteen less pills than anticipated. KRAMER instructed BEAUCHAMP to call the SOS now and tell him that "Ron" didn't want the round one's, he wanted the football ones and they were short. BEAUCHAMP told KRAMER that she sold ten pills to Lisa and five pills to Wayne. BEAUCHAMP explained to KRAMER that she received five hundred from Alesha, one hundred from Lisa and fifty from Wayne. KRAMER told BEAUCHAMP to message "Serena Garneau" and tell her the same thing that she told the other drug customers.

36.     On 02/20/21, at 16:18, KRAMER, using the ACI recorded lines, called BEAUCHAMP at call number 401-692- 8822. I listened to the call and heard BEAUCHAMP tell KRAMER that the SOS told her the football shaped pills were "phasing out" and "it's the same formula, it's just a different press." BEAUCHAMP told

KRAMER that she gave the girls twelve pills and would be delivering to "Crystal" tomorrow. During the call (1:47) KRAMER asked BEAUCHAMP "what about the other thing?" BEAUCHAMP replied "uhm, I haven't heard from him yet." During the call BEAUCHAMP told KRAMER that she delivered six pills to Marissa. During the call BEAUCHAMP told KRAMER that she met with the SOS and acquired one hundred pills along with fifteen extra that he shorted her last time.

37.     During the call (10:40) KRAMER told BEAUCHAMP "just message Chris and be like what's up with that thing you want it or no?" BEAUCHAMP replied, "that's that Hokage kid, yes, it is."  Based upon my experience and training coupled with my involvement in this case including my review of KRAMER's jail calls that during the above described call KRAMER asked BEAUCHMP to message Chris Hokage and ask him if he is still interested in purchasing the firearm.

38.     On 02/21/21, at 12:11, KRAMER, using the ACI recorded lines, called BEAUCHAMP at call number 401-692- 8822. I listened to the call and heard BEAUCHAMP tell KRAMER that she would be meeting with Crystal and Alesha today. BEAUCHAMP told KRAMER that she had to meet with the SOS again today because she needed more. During the call, BEAUCHAMP told KRAMER that she has made five hundred ninety dollars in profit so far.

39.     During the call (17:36) KRAMER told BEAUCHAMP "someone may message you for that other thing later, I don't know yet." BEAUCHAMP replied "well, first come first serve, I'm not fucking waiting for this other kid." KRAMER replied "... I'm not worried about him, he didn't answer, that's his problem."

40.      The Rhode Island Department of Corrections employs an investigative unit responsible for investigating criminal conduct committed within the state's correctional facilities.  Investigator David Perry is assigned to the ATF Task Force as a Task Force Officer (TFO).  During the course of this investigation, I learned that TFO Perry often relied upon inmates to provide information concerning criminal activities

occurring within the facilities.  TFO Perry advised me that one of the inmates who provides him with information on a confidential basis (CI) had access to KRAMER and was able to engage in criminal conversations with him.  TFO Perry was aware that KRAMER was in possession of a firearm and had engaged in conversations related to the sale of the firearm through his girlfriend, BEAUCHAMP.  TFO Perry requested that the CI  to see if KRAMER wanted to sell his firearm that was now with BEAUCHAMP. The CI reported that KRAMER has a Smith and Wesson Revolver with bullets that he is willing to sell for 300 dollars. TFO Perry instructed the CI to tell KRAMER that the CI has a buyer for the firearm named "Anthony" and the call number for the buyer is 508-905-6252. In furtherance of my investigation into KRAMER's unlawful possession of a handgun as a prohibited person, I enlisted the assistance of ATF TFO Lavar Gilbert. TFO Gilbert agreed to pose as an interested buyer of the firearm. TFO Gilbert agreed to pose undercover as "Anthony" an interested buyer.

*Firearm transaction*

41.     On 02/21/21, at 15:11, KRAMER, using the ACI recorded lines, called BEAUCHAMP at call number 401-692- 8822. I listened to the call and during the call heard (1:10) KRAMER ask BEAUCHAMP "do you got my phone with you?" BEAUCHAMP replied "yes" and KRAMER said "wanna take a number down?" BEAUCHAMP replied "umh" and KRAMER explained "it's for that thing." BEAUCHAMP replied "ohh, yeah, Bug, text me, go ahead." KRAMER replied "what's the number, 508." BEAUCHAMP repeated "508." KRAMER then said "905, 905" BEAUCHAMP repeated "905" KRAMER then said "6252" and BEAUCHAMP repeated "6252" KRAMER then said "yup, his name is Anthony." BEAUCHAMP repeated "Anthony." KRAMER said "huh, just Ant." BEAUCHAMP then asked "who's sending, who's sending me?" KRAMER then asks" want me to tell him you told him to call? What's your name, Banger?" KRAMER then told BEAUCHAMP "tell him Banger had you message him or call him, don't message, call, tell him Banger had you hit him up

and then tell him what it is and then make sure if anything wipe it all down and everything." BEAUCHAMP replied "yeah, no shit." KRAMER replied "yeah, I'm just telling you, just do that and let me know what happens, but do it soon though." BEAUCHAMP replied "okey dokey, well, I'm almost home, I'm almost home, I'm almost home, I just pulled down my street." KRAMER then said "she knows all about it because someone else wanted it yesterday." Later in the call (2:38) KRAMER told BEAUCHAMP "when you do it be smart, that's all." BEAUCHAMP replied, "I know."

42.     During the same call, BEAUCHAMP told KRAMER that she just met with Crystal and Crystal used Cash App to send BEAUCHAMP four hundred fifty dollars. BEAUCHAMP told KRAMER that she couldn't remember how much to charge and KRAMER reminded her that Crystal is four fifty and Alesha is five hundred. KRAMER asked BEAUCHAMP if she wrote down what he had told her regarding pricing and she said that she did but that she didn't have it with her. During the call KRAMER instructed BEAUCHAMP to charge Alesha five dollars per pill only if she buys quantities of fifty or more. During the call KRAMER told BEAUCHAMP that she will have over ten thousand dollars profit by the time KRAMER is released.

43.     On 02/21/21, BEAUCHAMP using call number 401-300-8932, messaged TFO Gilbert who was using call number 508-905-6252. The following is the conversation that occurred between BEAUCHAMP and TFO Gilbert.

- 3:34pm, BEAUCHAMP messaged TFO Gilbert "Banger told me to contact u"

- 3:34pm, BEAUCHAMP messaged TFO Gilbert "22 with food"

- 3:35pm, TFO Gilbert messaged BEAUCHAMP "Yes was waiting for your call can we link up tomorrow"

- 3:37pm, TFO Gilbert messaged BEAUCHAMP "Yes 300"

- 3:54pm, BEAUCHAMP messaged TFO Gilbert "Yes but I'm working til 5 unless we meet before 8 am"

16

- 4:07pm, TFO Gilbert messaged BEAUCHAMP "Can you meet me tomorrow over at the Dunkin' Donuts over in Pawtucket exit 30"

- 4:07pm, BEAUCHAMP messaged TFO Gilbert "Is that east street"

- 4:07pm, BEAUCHAMP messaged TFO Gilbert "And morning or after 5?"

- 4:08pm, TFO Gilbert messaged BEAUCHAMP "Ya"

- 4:08pm, BEAUCHAMP messaged TFO Gilbert "Ok morning?"

- 4:08pm, TFO Gilbert messaged BEAUCHAMP "Morning I'll leave just after 6 I'm coming from MA"

- 4:08pm, BEAUCHAMP messaged TFO Gilbert "Ok"

- 4:09pm, TFO Gilbert messaged BEAUCHAMP "Ok bet see you in the morning"

- 4:09pm, TFO Gilbert messaged BEAUCHAMP "?"

- 4:09pm, BEAUCHAMP messaged TFO Gilbert "It'll take me 20 minutes to get there"

- 4:10pm, BEAUCHAMP messaged TFO Gilbert "Yep see u then"

44.     On 02/22/21, BEAUCHAMP using call number 401-300-8932, messaged with TFO Gilbert who was using call number 508-905-6252. The following is the conversation that occurred between BEAUCHAMP and TFO Gilbert.

- 6:37am, BEAUCHAMP messaged TFO Gilbert "What time will you get there so I know when to leave my house"

- 6:52am, TFO Gilbert messaged BEAUCHAMP "Heading there now be there around 8"

- 6:52am, BEAUCHAMP messaged TFO Gilbert "Ok sounds good"

- 7:46am, BEAUCHAMP messaged TFO Gilbert "Here but they're packed"

- 7:51am, TFO Gilbert messaged BEAUCHAMP "Ok I'm close you can jump in my car I'll take a ride around the block"

17

- 7:52am, BEAUCHAMP messaged TFO Gilbert "I'd prefer u jump in mine if that's ok"

- 7:52am, BEAUCHAMP messaged TFO Gilbert "Park next to me. Red jeep"

- 7:53am, TFO Gilbert messaged BEAUCHAMP "Ok"

- 7:53am, BEAUCHAMP messaged TFO Gilbert "Ty"

45.     At 7:55am, TFO Gilbert, who was equipped with audio and video recording devices, arrived in the Dunkin Donuts parking lot operating a government vehicle and parked next to BEAUCHAMP. TFO Gilbert exited his government vehicle and entered the front passenger seat of BEAUCHAMP'S red Jeep. Soon after entering the red Jeep, BEAUCHAMP exited the parking lot with TFO Gilbert and went for a short ride with TFO Gilbert (right hand turn onto East Street, right hand turn onto Broadway, right hand turn onto Carnation St, right hand turn onto Fountain, reentered the Dunkin Donuts parking lot.)

46.     Soon after TFO Gilbert entered the red Jeep, BEAUCHAMP told TFO Gilbert "it's in the shoe box in the back seat, on the floor" TFO Gilbert then retrieved a Black Nike Air Force 1 shoe box and observed a black handgun in the shoe box. TFO Gilbert then provided BEUACHAMP with three hundred dollars of prerecorded funds. TFO Gilbert asked BEAUCHAMP how many rounds were with the firearm and BEAUCHAMP said that she wasn't sure but there was "something in each shirt". BEAUCHAMP also said that "and I'm pretty sure he said it's full, it's loaded too…"

47.     TFO Gilbert asked BEAUCHAMP if she could get additional firearms and she said, "I can ask, I don't know." During the meeting, BEAUCHAMP told TFO Gilbert that she can obtain Weed, Adderall, and Xanax pills. BEAUCHAMP told TFO Gilbert that she was mad at KRAMER because she works a full time job and this was "his job". BEAUCHAMP told TFO Gilbert that she buys Adderall pills by the "hundreds" and there are certain people that will buy "full packs" and others buy small quantities. BEAUCHAMP told TFO Gilbert that she sold seven pills earlier this morning

before meeting with TFO Gilbert. TFO Gilbert asked BEAUCHAMP if she would sell him a "hundred pack" and BEAUCHAMP said that she would ask "him" what he wants to do because she "follows whatever direction he gives me." BEAUCHAMP told TFO Gilbert that KRAMER would be out of prison by April 01, 2021.

48.    BEAUCHAMP returned TFO Gilbert to the Dunkin Donuts parking lot at 7:58am and dropped of TFO Gilbert. BEAUCHAMP then exited the parking lot and drove away. TFO Gilbert reentered his government vehicle and drove back to a prearranged location where he provided me with the Black Nike Air Force 1 shoebox.

49.    While wearing gloves, I opened the shoe box and observed clothing and a plastic bag covering a firearm. I examined the firearm and determined it to be a Smith & Wesson Revolver Model 17 bearing serial number K337423. I observed a blue plastic glove in the shoe box that contained six rounds of .22 ammunition. I observed a brown plastic glove in the shoe box that contained twelve rounds of .22 ammunition.

50.    The firearm and ammunition were examined by an ATF Interstate Nexus Expert who determined that the firearm and ammunition were manufactured outside the state of Rhode Island.

51.    On 02/22/21, BEAUCHAMP using call number 401-300-8932, messaged with TFO Gilbert who was using call number 508-905-6252. The following is the conversation that occurred between BEAUCHAMP and TFO Gilbert.

- 8:30am, TFO Gilbert messaged BEAUCHAMP "Thanks let me know the numbers and if you can get more hammers I'll take them - keep in touch"

52.    On 02/22/21, at 08:31, KRAMER, using the ACI recorded lines, called BEAUCHAMP at call number 401-692- 8822. I listened to the call and heard (0:47) BEAUCHAMP tell KRAMER "I had such a busy morning." KRAMER then asked "why, why, did you go see Wayne?" BEAUCHAMP responded, "because I had to go, yeah, I had to go see him and then I had to go meet that other guy." KRAMER then asked, "what other guy?" BEAUCHAMP replied, "the guy that." KRAMER then said, "O he got

it?" BEAUCHAMP replied "yeah." KRAMER then asked "which one? My guy or the other guy?" Beauchamp replied, "the guy that your buddy in there told me to text." KRAMER replied "okay."

53.     BEAUCHAMP then said, "and then, he wants more." KRAMER replied, "yeah I know, he told me." BEAUCHAMP replied "ohm." KRAMER then said, "I don't have any more, obviously." BEAUCHAMP then said, "I know that." BEAUCHAMP then said, "well I was like well I told him, I was like, well this is the stuff that I have if you want any of that, so, and he does want uhm stuff." KRAMER then asked, "he does want what?" BEAUCHAMP replied "A". KRAMER replied, "that guy?" BEAUCHAMP said "uhm hum." KRAMER then said "ohm, okay." BEAUCHAMP then said, "by the pack." KRAMER replied "okay." BEAUCHAMP then said, "I don't know what to give him." KRAMER then said, "how about this, seeing your in charge, you make your own choice." BEAUCHAMP then said, "I hate you" and both KRAMER and BEAUCHAMP laughed.

54.     KRAMER then asked, "was he a White dude, Spanish dude, Black?" BEAUCHAMP replied "Black." KRAMER then said, "I'm happy with that." BEAUCHAMP said "huh" and KRAMER repeated "I said I'm happy with that." BEAUCHAMP then said "okay, why?" KRAMER replied, "I just don't trust white people." BEAUCHAMP then said "ohm, I do have to say, I was like not, I was not happy this morning." KRAMER asked "why?" and BEAUCHAMP responded, "just because of that, I just didn't like it." KRAMER then said, "well you shouldn't have done it." BEAUCHAMP replied "well, I figured fuck it I'd rather at least just get it out and be gone with like, done" KRAMER replied "well that was the point, I didn't want it around." BEAUCHAMP replied "yeah I know, I know, I know and I didn't either so I just took my chances and I was like, I was there like twenty minutes early, all freak in like you, like you, looking at everything and I'm like I don't like that car, I was like I

don't like that car so I left, drove around the block. KRAMER replied "good that's what you should do, you got to be careful.

55.     During the call BEAUCHAMP told KRAMER that she was tired of carrying around two cell phones and BEAUCHAMP is having Crystal, Lisa, and Alesha contact BEAUCHAMP on her phone.

56.     During the call (8:01) BEAUCHAMP told KRAMER "so I made like half a paycheck this morning." KRAMER then asked BEAUCHAMP "how much did you make this morning?" BEAUCHAMP replied, "three seventy." KRAMER repeated "three seventy." During the call (8:18) KRAMER asked BEAUCHAMP "have you counted all of it yet still?" BEAUCHAMP replied, "have I what?" KRAMER replied, "counted it." BEAUCHAMP replied "uhm, yea, so now just straight profit." KRAMER then said "uhm hum." BEAUCHAMP replied, "eleven seventy." KRAMER then said, "I thought it was more than that." BEAUCHAMP said "huh" and KRAMER repeated "I thought it would be more than that."

57.     On 02/22/21, BEAUCHAMP using call number 401-300-8932, messaged with TFO Gilbert who was using call number 508-905-6252. The following is the conversation that occurred between BEAUCHAMP and TFO Gilbert.

- 10:41am, BEAUCHAMP messaged TFO Gilbert "He says that's all for that. Not usually a thing he dabbled in but the others are $10/ea. or $800/pack. If u get multiple packs we can negotiate for less"

- 10:53am, TFO Gilbert messaged BEAUCHAMP "Addy's or fatty"

- 10:57am, BEAUCHAMP messaged TFO Gilbert "Addy"

- 11:21am, TFO Gilbert messaged BEAUCHAMP "Ok I'll grab 1 - 100 pack to see what's up if their straight I grab more later"

- 11:21am, TFO Gilbert messaged BEAUCHAMP "Can we link up Wednesday"

- 11:22am, BEAUCHAMP messaged TFO Gilbert "Yes that's fine"

- 11:58am, TFO Gilbert messaged TFO Gilbert "What time ??"

- 12:03pm, BEAUCHAMP messaged TFO Gilbert "Same as this am works easier for me"

- 12:07pm, TFO Gilbert messaged BEAUCHAMP "I can't get there that early on Wednesday can we link up in the afternoon or after you get out . I can meet you if you have lunch break or something"

- 12:09pm, BEAUCHAMP messaged TFO Gilbert "I work in Warwick near airport so we can meet lunch break or right after but I have 2nd job in Bristol to get to"

- 12:58pm, TFO Gilbert messaged BEAUCHAMP "What time you break for lunch I'll link with you then"

- 12:59pm, BEAUCHAMP messaged TFO Gilbert "Usually around 1/1:30"

- 1:36pm, TFO Gilbert messaged BEAUCHAMP "Ok let's do that. I'll reach out tomorrow night see if your good to come through"

- 1:37pm, BEAUCHAMP messaged TFO Gilbert "Ok sounds good but I'll be good. I'll get it tomorrow night so I'm set to meet you on my break"

- 1:37pm TFO Gilbert messaged BEAUCHAMP "Aight bet"

58.     On 02/22/21, at 16:24, KRAMER, using the ACI recorded lines, called BEAUCHAMP at call number 401-692- 8822. I listened to the call and heard (2:34) BEAUCHAMP tell KRAMER "…that guy from this morning I got to meet him tomorrow." KRAMER asked, "how much?" and BEAUCHAMP replied, "eight hundred." KRAMER replied "what? Of them?" BEAUCHAMP replied "no." KRAMER then said "worth? ohh, you charged, for what?" BEAUCHAMP replied "yeah, for one." KRAMER replied "good for you." BEAUCHAMP replied "yeah." KRAMER then said "I don't know how the fuck…" BEAUCHAMP then stated "I was like screw that, everybody else has these like good deals like I don't know this guy and I was a little like, you know, (inaudible) bother this one I mean if he's gonna drive an hour and a half then and for that I was like okay well if your gonna do more than one at a time I said

22

then we can negotiate a little bit more." KRAMER then laughed. BEAUCHAMP then said "but, screw that, you told me I could make the decision on my own so I am and I did and he's like okay that's good and I was like ohh good."

59.    Later in the call (3:40) BEAUCHAMP told KRAMER that she has to meet "Alicia" tomorrow morning as well as "Lisa." KRAMER asked BEAUCHAMP how many pills Lisa was going to purchase and BEAUCHAMP responded, "I don't know like ten." Later in the call, BEAUCHAMP told KRAMER that she would actually be meeting with Alicia today and that was okay with BEAUCHAMP because the drugs were "in the car."

60.    BEAUCHAMP told KRAMER that she did not have to meet with the SOS until tomorrow because she still had sixty three pills left. BEAUCHAMP told KRAMER that she would be meeting with TFO Gilbert on Wednesday at lunch time and she would probably meet with him around the Wendy's. KRAMER replied "good, good, good."

61.    During the call BEAUCHAMP was complaining to KRAMER about her job. At (14:54) BEAUCHAMP told KRAMER "you make more money than I do doing this…" KRAMER and BEAUCHAMP then laughed. KRAMER cautioned BEAUCHAMP to be "careful" when dealing with TFO Gilbert. KRAMER told BEAUCHAMP "it's not someone I know personally, you understand." BEAUCHAMP told KRAMER that she understood and that's why the price was "so much." KRAMER then told BEAUCHAMP that she would be better off bringing her son or a juvenile and having them do the transaction. BEAUCHAMP told KRAMER that she didn't want to "stick them in that situation."

62.    KRAMER then instructed BEAUCHAMP (15:40) "have him get in, use the middle console, hand me that and then it's right there for you, you know what I mean." BEAUCHAMP replied "umh hum, that's what I did, well, that's kinda what I did earlier, except it was in a box in the back seat." KRAMER replied "Yeah, you know

what I mean, just be smart, look around, pay attention." BEAUCHAMP replied, "I was, you would be proud of me." BEAUCHAMP explained to KRAMER that TFO Gilbert wanted her to get into his car and she had TFO Gilbert get into her car. She also told KRAMER that she went for a ride with TFO Gilbert.

63.     On 02/23/21, at 09:33, KRAMER, using the ACI recorded lines, called BEAUCHAMP at call number 401-692- 8822. I listened to the call and heard (2:42) BEAUCHAMP tell KRAMER "Don said he's very mad at you."  KRAMER replied "John" and BEAUCHAMP repeated "Don, A." KRAMER then said, "John A, who the fuck is John A." BEAUCHAMP responded "no, Don like Donald." KRAMER replied, "who the fuck is that?" BEAUCHAMP replied "A.  KRAMER then said, "the guy?" and BEAUCHAMP replied "yeah."  KRAMER then said, "he already knew I was here." BEAUCHAMP then said "no, he said that he's mad at you for yesterday morning, he said you should know better and it should have went thru him and I would have been safer that way." KRAMER replied "dude, I don't know what the fuck your talking about." BEAUCHAMP replied "alright, never mind." KRAMER then said, "my thing should have went to him?" and BEAUCHAMP replied "yup." KRAMER then said, "I didn't know what the fuck he didn't say nothing to me." BEAUCHAMP replied, "he said that you should have known better." KRAMER replied, "I didn't know I never asked." KRAMER then asked BEAUCHAMP "why you telling everybody everything?" At (3:41) KRAMER told BEAUCHAMP "I didn't even know his name was Don." KRAMER then told BEUACHAMP the SOS had told KRAMER his name but KRAMER never wanted to know his name.

64.     I learned from reviewing the above described call that BEAUCHAMP knows "Don" to be the name of the SOS and that the SOS was upset with KRAMER for putting BEAUCHAM in potential jeopardy for selling KRAMER'S handgun yesterday morning (02/22/21).

65.     During the call, BEAUCHAMP told KRAMER that she was just about done with having to carry his phone. BEAUCHAMP explained to KRAMER that she does not like carrying two phones and she has "everybody hitting me up" on her phone. During the call (7:02) BEAUCHAMP told KRAMER that she was "rolling one" so BEAUCHAMP and "Bug" could go and move the rest of KRAMER'S belongings. During the call (13:50) KRAMER confirmed with BEAUCHAMP that BEAUCHAMP met with "Alisha, the fat girl from Woonsocket" last night at his house and sold her 100 Adderall pills for five hundred dollars.

66.     During the call BEAUCHAMP explained to KRAMER that she is making weekly bank deposits to be consistent and not draw attention to what is going on. BEAUCHAMP explained that there is Eight Hundred in the bank and One Thousand Three Hundred in cash for a total of Two Thousand One Hundred Dollars. KRAMER reminded BEAUCHAMP that she owes Brandon seven hundred for the Marijuana. During the call (16:50) BEAUCHAMP told KRAMER that she met with "Serena" and sold her ten Adderall pills yesterday.

67.     On 02/23/21, BEAUCHAMP using call number 401-300-8932, messaged with TFO Gilbert who was using call number 508-905-6252. The following is the conversation that occurred between BEAUCHAMP and TFO Gilbert.

- 5:05pm, TFO Gilbert messaged BEAUCHAMP "What's good we still on for tomorrow- send me an address so I can see how far out I am"

- 5:06pm, TFO Gilbert messaged BEAUCHAMP "Any luck with those other thangs"

- 7:49pm, BEAUCHAMP messaged TFO Gilbert "No On the others & 1689 post road Warwick to 02888"

- 8:14pm, TFO Gilbert messaged BEAUCHAMP "Aight see you tomorrow"

- 8:41pm, BEAUCHAMP messaged TFO Gilbert "Aim for 1 ish please"

- 9:09pm, TFO Gilbert messaged BEAUCHAMP "I got you"

68.     On 02/24/21, at 09:35, KRAMER, using the ACI recorded lines, called BEAUCHAMP at call number 401-692- 8822. I listened to the call and heard (3:05) KRAMER ask BEAUCHAMP "did that kid talk to you at all today?" BEAUCHAMP replied, "what kid" and KRAMER said, "from out of state." BEAUCHAMP replied "ohh yup" and KRAMER said "yeah." BEAUCHAMP explained "not today, well no not today, I talked to him, umh, later last night he said he needed an address so that way he could figure out what time and how long it was going to take him." KRAMER replied "oh."  At (3:27) KRAMER told BEAUCHAMP "be very smart" and BEAUCHAMP replied "huh." KRAMER then said, "just like I said be smart" and BEAUCHAMP replied "I am, I am."

69.     During the call, BEAUCHAMP informed KRAMER that she sold 12 Adderall Pills to KRAMER'S cousin Wayne who now has a black eye. I reviewed ACI visitor records and learned that Wayne Russo (DOB: 09/27/1983) is listed as KRAMER'S cousin on ACI visitor records.

70.     During the call BEAUCHAMP told KRAMER that she didn't want to acquire more Marijuana from "Brandon" because it wasn't selling. BEAUCHAMP told KRAMER that she was just doing the minimum until he returned. KRAMER told BEAUCHAMP that (11:37) "I wanna make sure everything's good, and I'm worried about you doing everything in the first place so I want you to be careful cause if anything happens to you we're fucked." BEAUCHAMP replied, "no shit." KRAMER then said, "so you need to be, you need to be really careful, you need to be smart, you know what I mean, don't be stupid, pay attention what goes on around you, everything." BEAUCHAMP responded "I am." KRAMER replied, "If you're worried about it and you start getting a feeling, don't do it." BEAUCHAMP replied "okay." KRAMER then said "okay" and BEAUCHAMP said "yeah."

71.     BEAUCHAMP told KRAMER (12:08) "that's how I feel about that guy from Mass" and KRAMER replied "yeah, me too." BEAUCHAMP then said, "I don't

know him and it scares me that he's willing to come all the way down here for a crazy large price." KRAMER replied "yeah, it's a lot, which does, which made me nervous too." BEAUCHAMP then said, "so I can cancel that?" KRAMER then said "Absolutely…" At the end of the call KRAMER told BEAUCHAMP that she could tell TFO Gilbert that something went wrong with the supplier and she couldn't' get in touch with him.

72.    On 02/24/21, BEAUCHAMP using call number 401-300-8932, messaged with TFO Gilbert who was using call number 508-905-6252. The following is the conversation that occurred between BEAUCHAMP and TFO Gilbert.

- 9:47am, BEAUCHAMP messaged TFO Gilbert "Abort"

- 9:52am, TFO Gilbert messaged BEAUCHAMP "??"

- 9:58am, TFO Gilbert messaged BEAUCHAMP "You good what's up"

- 10:06am, BEAUCHAMP messaged TFO Gilbert "I'm good. Guy I get from something happened"

- 10:06am, BEAUCHAMP messaged TFO Gilbert "Let u know when things ok"

- 10:19am, TFO Gilbert messaged BEAUCHAMP "Ok let me know, if your able to grab it from someone else. That price was very high"

- 10:20am, TFO Gilbert messaged BEAUCHAMP "I'm meeting someone close by that area today figured I would grab it while I was your way and hoping the next trip you would hook me up if I got more"

73.    On 02/24/21, at 15:38, KRAMER, using the ACI recorded lines, called BEAUCHAMP at call number 401-692- 8822. I listened to the call and heard BEAUCHAMP tell KRAMER what she messaged TFO Gilbert. During the call BEAUCHAMP told KRAMER that she has to meet "Alesha" later. KRAMER replied that "Alesha" and "Dahlia" are the best ones to meet. BEAUCHAMP explained to KRAMER that the girl "Zoo" wants to meet but keeps "blowing me off." During the call BEAUCHAMP told KRAMER that she has to plan ahead because the SOS was not

available until tonight. During the call BEAUCHAMP informed KRAMER that she likes the SOS. KRAMER said the SOS was Asian and BEAUCHAMP described the SOS as being  "almost fifty."

74.     On 02/25/21, BEAUCHAMP using call number 401-300-8932, messaged with TFO Gilbert who was using call number 508-905-6252. The following is the conversation that occurred between BEAUCHAMP and TFO Gilbert.

- 8:12am, BEAUCHAMP messaged TFO Gilbert "Hey found someone else. If you can meet same place this afternoon. I can do $650"

- 9:33am, TFO Gilbert messaged BEAUCHAMP "Aight kill price way better, I grabbed a few other things already"

- 9:33am, TFO Gilbert messaged BEAUCHAMP "Can't make it your way for lunch time you good after work I might be able to swing your way"

75.     On 02/25/21, at 09:33, KRAMER, using the ACI recorded lines, called BEAUCHAMP at call number 401-692- 8822. I listened to the call and learned that during the call BEAUCHAMP told KRAMER (12:23) "so the bank has twenty two hundred and my pocket has twelve eighty."  During the call BEAUCHAMP told KRAMER that she might meet up with TFO Gilbert because she has a surplus of pills that have not sold yet. BEAUCHAMP told KRAMER that she would be selling the pills to TFO Gilbert for six hundred fifty dollars and KRAMER told BEAUCHAMP to be careful.

76.     On 02/25/21, BEAUCHAMP using call number 401-300-8932, messaged with TFO Gilbert who was using call number 508-905-6252. The following is the conversation that occurred between BEAUCHAMP and TFO Gilbert.

- 9:40am, BEAUCHAMP messaged TFO Gilbert "If you can be at that spot for 5, then yeah I can do that"

- 9:41am, BEAUCHAMP messaged TFO Gilbert "Grab 2 I'll do $1200 for both"

- 9:45am, TFO Gilbert messaged BEAUCHAMP "5 might be to early I'll let you know by 3 are you free later if I can make it today"

- 9:45am, TFO Gilbert messaged BEAUCHAMP "just do the 1 for now want to see how they move"

- 9:46am, BEAUCHAMP messaged TFO Gilbert "Yeah but closer to 8 but then I can meet you in prov"

- 9:46am, TFO Gilbert messaged BEAUCHAMP "Aight bet I'll keep in touch"

77.      On 02/25/21, at 15:15, KRAMER, using the ACI recorded lines, called BEAUCHAMP at call number 401-692- 8822. I listened to the call and learned that during the call BEAUCHAMP told KRAMER about a 2012 Lincoln that she was interested in buying. BEAUCHAMP told KRAMER that she would put a twelve hundred dollar down payment down on the Lincoln. During the call KRAMER asked BEAUCHAMP if she had met with TFO Gilbert. BEAUCHAMP told KRAMER that it wasn't definite and if it did happen it would be tonight after she is done working in Bristol, RI. BEAUCHAMP told KRAMER that she may postpone the meeting with TFO Gilbert to the morning and meet at Dunkin Donuts. KRAMER told BEAUCHAMP that it was up to her and he wanted her to be comfortable.

78.      On 02/25/21, at 15:34, KRAMER, using the ACI recorded lines, called BEAUCHAMP at call number 401-692- 8822. I listened to the call and learned that during the call BEAUCHAMP told KRAMER that she would be meeting with "Lisa" today and Lisa lives in "Seekonk."

79.      On 02/25/21, BEAUCHAMP using call number 401-300-8932, messaged with TFO Gilbert who was using call number 508-905-6252. The following is the conversation that occurred between BEAUCHAMP and TFO Gilbert.

- 4:13pm, TFO Gilbert messaged BEAUCHAMP "Yo, something came up I can't make it tonight - had to fly to NY for some family drama - I'll hit you up on my way back"

- 4:27pm, BEAUCHAMP messaged TFO Gilbert "Ok"
- 4:27pm, BEAUCHAMP messaged TFO Gilbert "Best wishes to the fam"

80.     On 02/27/21, at 08:20, KRAMER, using the ACI recorded lines, called BEAUCHAMP at call number 401-692- 8822. I listened to the call and learned that during the call BEAUCHAMP told KRAMER that she would be picking up her new truck today.  During the call (6:08) KRAMER told BEAUCHAMP "you should message Dahlia and tell her listen if you want I can do anything over sixty, anything over fifty for six." BEAUCHAMP asked KRAMER if Dahlia was a Facebook contact and KRAMER explained that Dahlia was only text messages. KRAMER then told BEAUCHAMP to message Dahlia "just so you know anything over fifty I can do for six from now on." BEAUCHAMP then told KRAMER "oh, he did say the price is going to be going up soon probably not till you get out, but it's gonna go up." KRAMER replied, "he always says that, tell him I'll just go to his brother and beat his prices." BEAUCHAMP replied, "I'm not telling him that, you can tell him that." BEAUCHAMP then said, "just so you know I can do anything over fifty you said." KRAMER replied "yeah." At (7:05) BEAUCHAMP told KRAMER "umh, yeah, I'm probably gonna have to go and see him today." KRAMER then asked, "for who" and BEAUCHAMP replied, "just so I have it and I don't have to (inaudible) last minute." BEAUCHAMP then said, "that part I don't like."

81.     During the call (8:23) BEAUCHAMP told KRAMER that she "has like eighty" pills left. KRAMER than asked BEAUCHAMP if she was still going to get more and BEAUCHAMP said "yeah, just one instead of two though." I know that BEAUCHAMP acquires pills from the SOS in 100 pill quantities known as packs and BEAUCHAMP would be acquiring one hundred pills or one pack from the SOS. During the call KRAMER told BEAUCHAMP to take his phone with her when she left the house because "Dahlia" is likely to contact her know that she messaged her. During the call KRAMER told BEAUCHAMP that because she is home for two weeks she should

solicit the drug customers on a daily basis. KRAMER explained that is what he used to do. During the call BEAUCHAMP told KRAMER that she has only sold an eighth and a quarter of Marijuana.

82.     On 02/27/21, at 15:38, KRAMER, using the ACI recorded lines, called BEAUCHAMP at call number 401-692- 8822. I listened to the call and learned that during the call BEAUCHAMP acquired her new Lincoln truck and BEAUCHAMP, at the request of KRAMER, purchased an engagement ring in furtherance of marrying KRAMER at some point in the future. During the call BEAUCHAMP told KRAMER that she met with "Lisa" who purchased twenty pills. BEAUCHAMP explained to KRAMER that BEAUCHAMP brought her daughter "Yasmin" with her when she went to meet "Lisa." Using a commercially available database (Accurint), I determined that "Yasmin" is in all probability Yasmin Guindon (DOB: 10/01/1999), BEAUCHAMP'S daughter. BEAUCHAMP also explained to KRAMER that she has twenty two hundred left in the bank. During the call KRAMER asked BEAUCHAMP if "Dahlia" ever responded and BEAUCHAMP said no. BEAUCHAMP then told KRAMER that "Serena" inquired but has not confirmed. During the call. KRAMER told BEAUCHAMP that Serena lives the next street over from BEAUCHAMP.

83.     On 02/28/21, at 09:34, KRAMER, using the ACI recorded lines, called BEAUCHAMP at call number 401-692- 8822. I listened to the call and learned that during the call (0:53) BEAUCHAMP told KRAMER that she had to meet up with the SOS today "A" because he was leaving for "a day or so." During the call KRAMER told BEAUCHAMP that he didn't think it was a good idea for "Yasmin" to use the Camry. BEAUCHAMP explained that Yasmin works for Speedway on Phenix Ave. KRAMER explained that BEAUCHAMP'S daughter Yasmin is a twenty something year old kid. I used Google to determine that there is a Speedway Gas Station located at 305 Phenix Ave Cranston, RI. During the call BEAUCHAMP told KRAMER that the last customer she met with was "Serena" and Serena is on "some shit." BEAUCHAMP told KRAMER

that Serena bought eight pills and asked to hang out some time. BEAUCHAMP told KRAMER that she wouldn't hang out with Serena because she doesn't want to mix business with pleasure.

84.     On 02/28/21, at 15:15, KRAMER, using the ACI recorded lines, called BEAUCHAMP at call number 401-692- 8822. I listened to the call and learned that during the call BEAUCHAMP told KRAMER that she met a new customer name "Nell" who purchased six Adderall pills. BEAUCHAMP told KRAMER that the new customer might be a good one "like along the lines of Alesha."  During the call BEAUCHAMP explained that the SOS AKA "A" and "Don" will buy marijuana from her. BEAUCHAMP further explained that she was smoking a "joint" and let the SOS try it. The SOS liked it and agreed to purchase marijuana from her. KRAMER then got upset with BEAUCHAMP for getting to close to the SOS. During the call BEAUCHAMP told KRAMER that the SOS always enters her vehicle and she has never entered his. BEAUCHAMP told KRAMER that she meets with the SOS in a parking lot.

85.     On 03/01/21, at 9:34, KRAMER, using the ACI recorded lines, called BEAUCHAMP at call number 401-692- 8822. I listened to the call and learned that during the call KRAMER was very upset with BEAUCHAMP for smoking marijuana with the SOS and getting to close to him. During the call KRAMER told BEAUCHAMP that he wants her to bring one of her sons with her when she meets with the SOS. BEAUCHAMP said that was fine and she brought "Yasmin" with her to drop off money to "Brandon."  KRAMER was adamant with BEAUCHAMP that she take someone with her when she meets with the SOS.

86.     On 03/01/21, at 9:56, KRAMER, using the ACI recorded lines, called BEAUCHAMP at call number 401-692- 8822.  I listened to the call and learned that during the call BEAUCHAMP told KRAMER that she sold 11 pills to KRAMER'S cousin Wayne.

87.     On 03/01/21, BEAUCHAMP using call number 401-300-8932, messaged with TFO Gilbert who was using call number 508-905-6252. The following is the conversation that occurred between BEAUCHAMP and TFO Gilbert.

- 12:26pm, TFO Gilbert messaged BEAUCHAMP "What's good can I come see you tomorrow morning better for me same spot"

88.     On 03/01/21, at 16:14, KRAMER, using the ACI recorded lines, called BEAUCHAMP at call number 401-692- 8822. I listened to the call and learned that at the end of the call KRAMER told BEAUCHAMP to message the customers especially "Dahlia" because the more you message her the more she gets.

89.     On 03/01/21, BEAUCHAMP using call number 401-300-8932, messaged with TFO Gilbert who was using call number 508-905-6252. The following is the conversation that occurred between BEAUCHAMP and TFO Gilbert.

- 5:12pm, TFO Gilbert messaged BEAUCHAMP "You good ???"
- 5:43pm, BEAUCHAMP messaged TFO Gilbert "Sorry been trying to grab some so didn't respond. I'll let you know"
- 5:45pm, TFO Gilbert messaged BEAUCHAMP "Aight bet"
- 9:37pm, TFO Gilbert messaged BEAUCHAMP "Aight let me know I can swing through tomorrow"

90.     On 03/02/21, at 09:34, KRAMER, using the ACI recorded lines, called BEAUCHAMP at call number 401-692- 8822. I listened to the call and learned that during the call BEAUCHAMP told KRAMER "Nell" asked for forty pills. BEAUCHAMP wanted to make sure she shouldn't give a discount until someone purchase quantities of one hundred. KRAMER clarified that a fifty pill order would qualify for a discount. BEAUCHAMP also told KRAMER that "Dahlia" said that she was in the Zone and BEAUCHAMP didn't know what that meant. KRAMER clarified that Zone Street was the street where Dahlia lived. BEAUCHAMP asked KRAMER

about TFO Gilbert and asked him if that "was a complete no go" and KRAMER told BEAUCHAMP that it was up to her.

91.     uring the call BEAUCHAMP told KRAMER that "Dahlia" wants "fifty." KRAMER told BEAUCHAMP that the price would be six for fifty and over and to charge three fifty. KRAMER asked BEAUCHAMP how much she is charging "Nell" and BEAUCHAMP said "ten each" but now Nell is ordering forty. BEAUCHAMP wanted to know what to charge her. KRAMER instructed BEAUCHAMP to tell Nell (2:45) "say anything under fifty is ten each." BEAUCHAMP replied "okay." KRAMER then said "say if you go over fifty, I could bring it down to like, say I'll bring it down to eight, then if you do a hundred, I'll bring it down to six, but write that down so you remember it." BEAUCHAMP replied, "I just did."

92.     During the call (3:16) BEAUCHAMP told KRAMER the following about TFO Gilbert "I don't know, I feel like maybe the Mass guy might be good for you when you get out I just, I just don't, I don't like the fact that it's not your person and I don't have your backup on it." KRAMER replied, "my what" and BEAUCHAMP explained "it's not you saying it's okay." KRAMER replied "well I just don't want to put you in a situation that's the only thing, that's the only thing I'm worried about, I don't care what you do, it's up to you but I don't want you to be in a situation I'm not there." BEAUCHAMP explained that the only reason why she thinks she doesn't like TFO Gilbert is because he's not KRAMER'S "person." KRAMER told BEAUCHAMP that he's concerned that he's not there to make sure she is okay. KRAMER ultimately said, "if you're not good say no, it's fine."

93.     During the call (4:27) BEAUCHAMP told KRAMER that she ended up seeing "Alesha" last night and that it was good because BEAUCHAMP is now just about empty. KRAMER provided advice to BEAUCHAMP about dealing with TFO Gilbert and instructed BEAUCHAMP to change up the meeting location last minute

before meeting with TFO Gilbert. BEAUCHAMP told KRAMER that she still had to bring "Bug" with her to meet with the SOS because she still has "to get more."

94.     During the call KRAMER asked BEAUCHAMP if she messaged the SOS to see if he was around. BEAUCHAMP told KRAMER that she didn't because she wanted to talk to KRAMER first about TFO Gilbert. KRAMER then asked BEAUCHAMP (9:10) "so what are you going to do" and BEAUCHAMP replied, "I don't know." KRAMER then told BEAUCHAMP to use the "big fuckin knife from behind his TV" and if TFO Gilbert tries to do something then "see you later." BEAUCHAMP then said that if that's the case then she would put "Bug" in the back seat.

95.     During the call (11:15) KRAMER asked BEAUCHAMP "how many do you have left right now?" BEAUCHAMP answered, "maybe twenty, thirty." KRAMER then told BEAUCHAMP to text the SOS and order "two" and if the SOS is not around message the SOS'S brother. KRAMER explained that "it's gotta be done", "Dahlia's three hundred." BEAUCHAMP replied, "for fifty? ohh yeah." BEAUCHAMP told KRAMER that she could message TFO Gilbert and it would take him over an hour to get here and he would be "six fifty." KRAMER also told BEAUCHAMP "and then you can text Nell, I mean figure all that out and see what she says." During the call BEAUCHAMP asked KRAMER where Zone Street was and he explained it was in Providence off of Smith Street near the 7-Eleven. KRAMER explained to BEAUCHAMP that he had thought BEAUCHAMP had been there before with him and that they live on the first floor.

96.     During the call, (15:40) KRAMER asked BEAUCHAMP if she spoke with the SOS and asked BEAUCHAMP "did you message him yet." BEAUCHAMP read her messages with the SOS to KRAMER and said "umh, yes, he said cause I said can I meet you for two please, he said yup, where you at? he said home, I just need a little time, he said okay, let me know and I got it, no chit chat this time." KRAMER replied "make

sure he's with you" and BEAUCHAMP replied "that's why I told him I need a little time, I don't think Bug's come out of his room yet and Ellie's still in her classroom so like I wanna at least make sure she's all set and stuff before I freakin leave." KRAMER then said, "make sure he takes that thing with him if your meeting anybody, well him." BEAUCHAMP replied "yeah, I have one of the bats in my back seat too." KRAMER replied, "not the same, you can't do nothing with a bat in a car." BEAUCHAMP replied, "not in a car, no, I know, I know, I know…" KRAMER replied, "that's why I said bring that, that's very dangerous that knife so." BEAUCHAMP replied "okay, got it, I will do so." KRAMER then asked if BEAUCHAMP was going to meet with TFO Gilbert (16:34) "are you gonna meet that kid or no?" BEAUCHAMP replied "umh, yeah, it will be good money and if he's good with it and he likes it and he keeps coming back to you it will be decent money for you and you'll be doing it all when you're out anyway and if I have Bug with me than that's a plus…"

97.     On 03/15/21, IRS Haley reviewed the call detail records for 401-300-8932 (KRAMER'S call number) and 401-692-8822 (BEAUCHAMP'S call number) and confirmed that both numbers had been in contact with (401) 649-3141 a cellular telephone being used by HOY.

*Amphetamine transaction*

98.     Prior to the start of the operation, I provided TFO Gilbert with 650 dollars of pre-recorded US Currency for the purchase of 100 Adderall pills from Rebecca BEAUCHAMP.

99.     On 03/02/21, BEAUCHAMP using call number 401-300-8932, messaged with TFO Gilbert who was using call number 508-905-6252. The following is the conversation that occurred between BEAUCHAMP and TFO Gilbert.

- 9:47am, BEAUCHAMP messaged TFO Gilbert "Waiting on my time to pick up"

- 9:50am, TFO Gilbert messaged BEAUCHAMP "Aight"

- 10:23am, BEAUCHAMP messaged TFO Smith "I'm going to grab it once my daughter finishes her schoolwork. What time do you want to meet?"

- 10:28am, TFO Gilbert messaged BEAUCHAMP "I can swing through around 3 today"

- 10:47am, BEAUCHAMP messaged TFO Gilbert "That works. Dunkin spot?"

- 11:17am, TFO Gilbert messaged BEAUCHAMP "Yea"

- 11:17am, BEAUCHAMP messaged TFO Gilbert "Ok np see you then"

100.    On 03/02/21, at approx. 11:20am, SA Delany conducted surveillance of BEAUCHAMP's residence (14 Redfern Street North Providence, RI). At approx.11:30am, SA Delaney observed a Silver Lincoln SUV bearing a RI Temp. Tag (108593) arrive at the residence and park on the street in front of the residence. A few minutes later, SA Delaney observed BEAUCHAMP exit the driver's seat of the vehicle and walk along the driveway towards the rear of 14 Redfern Street. SA Delaney photographed the Lincoln on the street in front of BEAUCHAMP'S residence.

101.    On 03/02/21, BEAUCHAMP using call number 401-300-8932, messaged with TFO Gilbert who was using call number 508-905-6252. The following is the conversation that occurred between BEAUCHAMP and TFO Gilbert.

- 12:48pm, BEAUCHAMP messaged TFO Gilbert "I'm on phenix ave grabbing my kid from work, can I meet you in a few minutes?"

- 12:53pm, BEAUCHAMP messaged TFO Gilbert "Sorry wrong guy"

- 12:54pm, TFO Gilbert messaged BEAUCHAMP "Ok"

- 2:46pm, BEAUCHAMP messaged TFO Gilbert "What's your eta"

- 2:49pm, TFO Gilbert messaged BEAUCHAMP "10-15 tops you?"

- 2:50pm, "BEAUCHAMP messaged TFO Gilbert "I'll be 15 behind you"

- 2:50pm, TFO Gilbert messaged BEAUCHAMP "School traffic"

- 2:52pm, TFO Gilbert messaged BEAUCHAMP "Aight"

- 3:00pm, TFO Gilbert messaged BEAUCHAMP "Just posted up here in the parking lot"

102.    PPD Graham and Giorgio (detectives) were conducting surveillance of 14 Redfern Street North Providence, RI. At 3:01pm, detectives observed BEAUCHAMP arrive at 14 Redfern Street driving a Silver Lincoln with a temp tag. Detectives observed an unidentified female enter the front passenger seat of the Lincoln. Detectives followed the Lincoln as it traveled to meet with TFO Gilbert. Detectives were assisted by PPD Detectives Costigan and Pendergrass as the Lincoln exited 95 at exit 29 and traveled to the Dunkin Donuts Parking lot.

- 3:02pm, BEAUCHAMP messaged TFO Gilbert "Ok be there ASAP"
- 3:03pm, TFO Gilbert messaged BEAUCHAMP "👍"
- 3:16pm, TFO Gilbert messaged BEAUCHAMP" You close"
- 3:23pm, BEAUCHAMP messaged TFO Gilbert "Pulling up in one minute"
- 3:23pm, BEAUCHAMP messaged TFO Gilbert "Silver Lincoln suv"
- 3:23pm, BEAUCHAMP messaged TFO Gilbert "Jump in back"

103.    PPD Boudreault was conducting video surveillance of the agreed upon meeting location (Dunkin Donuts 109 East Street Pawtucket, RI.) At 3:24pm, PPD Boudreault observed BEAUCHAMP arrive at the Dunkin Donuts parking lot operating a Silver Lincoln. TFO Gilbert, who was equipped with audio and video recording devices, observed BEAUCHAMP arrive at the meeting location with a female front seat passenger. TFO Gilbert then exited his government vehicle and entered the rear passenger seat of BEAUCHAMP'S Silver Lincoln.

104.    Soon after TFO Gilbert entered the Silver Lincoln, BEAUCHAMP asked TFO Gilbert "wanna go around the block again?" BEAUCHAMP then exited the Dunkin Donuts Parking lot with TFO Gilbert. The female front seat passenger handed TFO Gilbert a clear plastic bag containing suspected Adderall pills. TFO Gilbert then

handed BEAUCHAMP six hundred fifty dollars of prerecorded US Currency. BEAUCHAMP handed the money to the front seat passenger who counted the money. During the transaction, TFO Gilbert asked BEAUCHAMP if he would get a better deal if he purchased four or five hundred Adderall pills. BEAUCHAMP told TFO Gilbert that he would get a discount if he purchased larger quantities of Adderall pills and told TFO Gilbert "he said if you get two he'll do six a piece." BEAUCHAMP told TFO Gilbert that she would talk to KRAMER in a little while and "when I talk to him, I'll ask what deal he can do if you're doing that many at a time." BEAUCHAMP told TFO Gilbert that the Silver Lincoln was her new vehicle and that is the vehicle she would be operating.

105.    TFO Gilbert reviewed a RIDL photograph of Yasmin GUINDON DOB: 10/01/1999 as well as Facebook photos of Yasmin GUINDON and concluded that Yasmin GUINDON was the front seat passenger.

106.    Surveillance units followed BEAUCHAMP while she was with TFO Gilbert (right hand turn onto East Street, right hand turn onto Broadway, right hand turn onto Carnation St, right hand turn onto Fountain, reentered the Dunkin Donuts parking lot.) BEAUCHAMP returned TFO Gilbert to the Dunkin Donuts Parking lot at 3:29pm.

107.    TFO Gilbert drove to a prearranged meeting location and turned over the purchased Adderall pills to TFO Smith. TFO Smith informed me that the purchased pills weighed 38.95 grams and totaled 96 pills. TFO Smith reported that a sample of the pills tested positive for the presence of Amphetamines. I know that Amphetamines are a schedule II controlled substance.

108.    On 03/02/21, at 09:34, KRAMER, using the ACI recorded lines, called BEAUCHAMP at call number 401-692- 8822. I listened to the call and learned that during the call (0:58) BEAUCHAMP told KRAMER "you also need to prepare your math brain because I need that right now, well I'll need it as soon as I get in the house."

KRAMER then asked, "did you meet that guy" and BEAUCHAMP said yes" and
KRAMER asked, "everything went okay?" and BEAUCHAMP replied "yes." KRAMER
then said "good." BEAUCHAMP than said "I honestly I felt a lot better about it today I
think that entire reason why I initially had to meet him scared the shit out of me
(laughing)." KRAMER then said, "yeah I know it."

109.    During the call (2:00) BEAUCHAMP said "okay, so when I met up with
"A" (SOS) he said, umh." KRAMER replied, "the prices are going up?" and
BEAUCHAMP said "no, no, actually he said he has a deal for you." KRAMER replied
"okay."  BEAUCHAMP then said, "a thousand for a thousand" and KRAMER said
"umh." BEAUCHAMP then said, "but wait, this guy, from today." KRAMER replied
"yeah" BEAUCHAMP then said, "wants to know what you can do if he gets four of five
at a time so that could be the perfect set up." KRAMER replied "umh hum."
BEAUCHAMP then said, "just saying, but your math brain please because not mine it's
yours." KRAMER then said "well it's two a piece would be a thousand on four on five
well on five so that would cover that so, I mean, if you tell him four if he gets five that's
two and that will double your money immediately and you'll still have five left."
BEAUCHAMP was confused and KRAMER said, "if you tell him four a piece on five
that will be two thousand." BEAUCHAMP replied "okay, yeah, got it."  KRAMER
replied, "that will double your money and you'll still have five hundred."
BEAUCHAMP replied "okay, got it." KRAMER then asked BEAUCHAMP "what are
you at financially right now?" BEAUCHAMP replied "umh, I think, once I put this in
we'll be just shy of three." KRAMER replied "what, you should be oh well over that."
BEAUCHAMP replied, "I don't think so."

110.    During the call KRAMER told BEAUCHAMP that she should have close
to four thousand. KRAMER confirmed with BEAUCHAMP that she met with "Alesha"
last night. KRAMER asked BEAUCHAMP if she met with "Nell" today to which
BEAUCHAMP said "no." KRAMER asked if BEAUCHAMP met with "Dahlia" today

and BEAUCHAMP explained that Dahlia didn't respond to her. BEAUCHAMP told
KRAMER that she has eight seventy in cash and about one fifty transferring. During the
call BEAUCHAMP explained to KRAMER that she picked up "Yasmin" from work
today. During the call, KRAMER asked BEAUCHAMP to call Dahlia and
BEAUCAHMP said that she "didn't give a shit" and KRAMER told BEAUCHAMP that
he did "because it's money" and BEAUCHAMP said she would call Dahlia after she
was off the phone with KRAMER.

111.     During the call (7:48) BEAUCHAMP explained to KRAMER that she
brought an eighth of an ounce of Marijuana to the SOS and the SOS gave her twenty
extra Adderall pills for the Marijuana. During the call (8:48) KRAMER told
BEAUCHAMP "tell him if he gets five you'll put it in half, that would be three twenty
five and that will cover that will be fifteen yeah that will be well over whatever the fuck
it is its more than a thousand so it will cover our price and extra." BEAUCHAMP
replied, "if he gets five?" and KRAMER replied "yeah" KRAMER then told
BEAUCHAMP "so message him now say if you get five I'll do half price."
BEAUCHAMP explained to KRAMER that TFO Gilbert can't do it right now and he
wants a couple of days with what he just bought. KRAMER told BEAUCHAMP that he
didn't want to drop a thousand dollars now and be stuck with it. KRAMER confirmed
with BEAUCHAMP that "Don" didn't say it was a rush to do the thousand.
BEAUCHAMP told KRAMER that it wasn't a rush and that's a deal that the SOS is
offering going forward. KRAMER was happy with the deal offered by the SOS and told
BEAUCHAMP "we'll smash it with that." And BEAUCHAMP replied, "no joke."
During the call BEAUCHAMP told KRAMER that she had one hundred fifty pills left.

112.     During the call (14:45) KRAMER told BEAUCHAMP "you can tell him
half price" and BEAUCHAMP replied, "the three twenty five." KRAMER replied "yeah,
three twenty five times five is what? sixteen fifty I think?" KRAMER then asked
BEAUCHAMP "you got the calculator with you? It's like sixteen fifty sixteen twenty

five." BEAUCHAMP said she would use her phone and then said, "sixteen twenty five, so yeah that's half of it and I already made a profit" KRAMER then said "exactly, an extra six twenty five and you still got five hundred left." BEAUCHAMP replied "exactly." KRAMER then said, "I mean even on four hundred, if he only gets four hundred you still make a profit its like a three hundred and change profit." BEAUCHAMP told KRAMER "so I'll just tell him half price if he gets five and I'll tell him otherwise it's four each if he gets four under five." KRAMER replied "exactly" and BEAUCHAMP said "okay, I'll do it that way."  The  call ended at 4:18pm.

113.    On 03/02/21, BEAUCHAMP using call number 401-300-8932, messaged with TFO Gilbert who was using call number 508-905-6252. The following is the conversation that occurred between BEAUCHAMP and TFO Gilbert.

- 4:19pm, BEAUCHAMP messaged TFO Gilbert "If you get 500 at a time it'll be half price, so 325. 400/ea for 400"
- 6:26pm, TFO Gilbert messaged BEAUCHAMP "No big deal but pack was 4 short, give me couple days to see how's these move"
- 6:27pm, BEAUCHAMP messaged TFO Gilbert "I'll throw it in next one"
- 6:27pm, TFO Gilbert messaged BEAUCHAMP "I'll let you know by the weekend, if things are good I'll swing through next week if your good"
- 6:31pm, BEAUCHAMP messaged TFO Gilbert "Ok sounds good"

114.    On 03/03/21, at 09:37, KRAMER, using the ACI recorded lines, called BEAUCHAMP at call number 401-692- 8822. I listened to the call and learned that during the call KRAMER asked BEAUCAHMP if she talked to Dahlia and BEAUCAMP said "yes, I think we're at four thousand now." KRAMER asked how many pills Dahlia bought and BEAUCHAMP said that she thought that she bought fifty. KRAMER then told BEAUCHAMP to take the deal the SOS was offering and said (2:44) "Alright so what your gonna do is next time you need to get it just grab the whole thing." KRAMER explained to BEAUCHAMP that "even if Alesha gets it twice that's covering

the whole thing." BEAUCHAMP told KRAMER that TFO Gilbert told her the last deal was short by four pills and she was upset with the SOS because she would rather not have to count them.

      115.    During the call (5:24) KRAMER told BEAUCHAMP "Not bad four grand in less than two weeks huh." BEAUCHAMP replied "no, I know, I said that two I was like oh it's only been like two weeks so okay."

      116.    During the call, KRAMER asked BEAUCHAMP if she talked to "Nell" and BEAUCHAMP repeated a Snap Chat message to KRAMER that "Nell" wanted forty pills at eight dollars a pill. BEAUCHAMP told KRAMER that she told Nell that she can only charge eight dollars a pill if Nell buys in quantities of fifty or more. KRAMER then told BEAUCHAMP to sell forty pills at eight dollars a pill and profit will still be made. KRAMER explained (8:15) "money is money you know what I mean, we're only paying a dollar a piece now anyways, so." BEAUCHAMP agreed and said "…if we can keep that deal it's great because there going up." KRAMER told BEAUCHAMP to "use her discretion" and "if it's good for you, it's good for me." KRAMER explained that if she sold all of the pills for eight dollars apiece that's "eight thousand dollars." During the call KRAMER told BEAUCAHMP that she should put on Snap Chat "Addy's on deck." and explained "the more you advertise the more money you make." During the call BEAUCHAMP told KRAMER that she had a little less than one hundred pills left because she had to go to East Providence this morning for thirteen. During the call, BEAUCHAMP told KRAMER that she entered the SOS'S car yesterday because she had the girls with her "Yas" and "Eli." At the end of the call KRAMER told BEAUCHAMP to acquire the deal from the SOS before he changes his mind and to lock the pills in her vehicle's glove box.

      117.    On 03/03/21, at 16:34, KRAMER, using the ACI recorded lines, called BEAUCHAMP at call number 401-692- 8822. I listened to the call and learned that during the call BEAUCHAMP told KRAMER that she acquired the thousand Adderall

pills from the SOS and she purchased a black safe to hold the pills. The safe has a key and push buttons. KRAMER asked BEAUCHAMP if she has heard from "Crystal" and BEAUCHAMP told KRAMER that she has contacted Crystal a few times and she has not acquired any. KRAMER asked BEAUCAHMP the status of the account and BEAUCHAMP replied, "probably three thousand." KRAMER asked BEAUCHAMP if she counted the pills she received from the SOS. BEAUCHAMP said not yet but she would. BEAUCHAMP told KRAMER that this time she met with the SOS'S wife at 2:00pm because the SOS'S wife had a chiropractor appointment. During the call, KRAMER told BEAUCHAMP to advertise on Snap Chat because she has a lot of pills right now. BEAUCHAMP told KRAMER that the safe cost about thirty five dollars and it's a Black Sentry Safe that beeps when you enter in the code. At the end of the call BEAUCAHMP told KRAMER that she was going to count the pills and they were in individual bags of one hundred.

118.    On 03/03/21, at 19:20, KRAMER, using the ACI recorded lines, called BEAUCHAMP at call number 401-692- 8822. I listened to the call and learned that during the call (5:50) KRAMER asked BEAUCHAMP if she advertised by posting on Snap Chat and BEAUCHAMP said that she did but has not received any responses yet. During the call BEAUCHAMP told KRAMER that she would be meeting with "Lisa" tomorrow and Lia wants six.

119.    During the call (16:15) KRAMER told BEAUCHAMP "you know what's crazy, if you sold them what you got today individually you would get ten thousand and if you sold ten of them you would get a hundred thousand." BEAUCHAMP replied "yeah, I know, I was thinking about, I was thinking about all that earlier." KRAMER told BEAUCHAMP that when he gets out things will be "insane." KRAMER later told BEAUCHAMP (17:24) "and the amount of money I make is enough to support us…" BEAUCHAMP replied, "no joke." During the call BEAUCHAMP told KRAMER that she has "four kids."

120.    On 03/04/21, at 08:06, KRAMER, using the ACI recorded lines, called BEAUCHAMP at call number 401-692- 8822. I listened to the call and learned that during the call BEAUCHAMP told KRAMER that she met with "Chris Somerville" from Snap Chat and sold him "thirty four" Adderall pills for three hundred forty dollars. BEAUCHAMP also told KRAMER that she has to meet with "Lisa" later today and KRAMER replied, "good shit, that's four hundred all together." KRAMER then told BEAUCHAMP when referring to acquiring one thousand pills from the SOS at the discounted price "good thing I grabbed that whole thing huh, that will almost, that's pay for almost half of it by then." BEAUCHAMP replied, "no shit." BEAUCHAMP told KRAMER that she counted the pills that she acquired from the SOS and "in the end it was only off by two" and explained that some bags were over and some bags were under. BEAUCHAMP told KRAMER that she didn't want to have to count each bag and was going to talk to the SOS and tell him to make sure each bag has one hundred pills. During the call (4:45) KRAMER told BEAUCHAMP "that's why I told you it's good to advertise." BEAUCHAMP told KRAMER that she met with Chris Somerville near the Burger King on Thurber's Ave. BEAUCHAMP told KRAMER that she met with Chris Somerville alone and KRAMER asked why and BEAUCHAMP explained that there was no one available to go with her and "it was either give up three forty or just go so I just go'ed."

121.    On 03/04/21, at 15:14, KRAMER, using the ACI recorded lines, called BEAUCHAMP at call number 401-692- 8822. I listened to the call and learned that during the call BEAUCHAMP told KRAMER that she met with "Alesha" earlier and she has to meet with "Crystal" after working in Bristol. During the call BEAUCHAMP explained to KRAMER that Chris Somerville returned the pills that she delivered to him earlier because they were not what he expected and she refunded him three hundred twenty dollars.

122.    During the call (3:16) KRAMER told BEAUCHAMP "yeah but still, you got five from her, you're getting four fifty from Crystal, what Brit, what did Marissa get?" BEAUCHAMP agreed with KRAMER and replied "nine." KRAMER asked if "Lisa" was getting anything and BEAUCHMAP told him the she was calling now for "ten". KRAMER told BEAUCHAMP to text Lisa and explain to her that she is on the phone with him that way Lisa doesn't think she is ignoring her. BEAUCHAMP explained to KRAMER that she has to meet with "Crystal" later and KRAMER told BEAUCHAM that Crystal lives in Woonsocket. KRAMER explained that Crystal is "John's girl and John is currently incarcerated." I reviewed prison records for inmate John Blinkhorn (DOB: 06/24/1981) who is currently incarcerated at the ACI. I reviewed ACI visitor records and learned that Blinkhorn is visited by a Krystal Ortiz DOB: 05/03/1980 with an address of Northeast Street in Woonsocket RI.  BEAUCHAMP told KRAMER that "Crystal" cash apps for payment. KRAMER then confirmed with BEAUCHAMP (7:38) "so you made over a thousand dollars today." BEAUCHAMP replied, "by the end of the day yeah, even without him, yeah."

123.    During the call (9:29) KRAMER told BEAUCHAMP "I think this weekend we're going to be at like five thousand if everything goes right." BEAUCHAMP replied "yeah, considering I still have nine full bags well, now actually, shit fuck, I'm gonna have to go all the way the fuck home before I go to Bristol." KRAMER later cautioned BEAUCHAMP about driving around with the pills in her car. KRAMER told BEAUCHAMP (11:16) "before you come here that day, the day you come to get me I want you to take it all out of the bank because I'm going to take a picture with all of it and tell everybody to go fuck their mothers."

*Second amphetamine transaction*

124.    On 03/08/21, BEAUCHAMP using call number 401-300-8932, messaged with Task Force Officer (TFO) Gilbert who was using call number 508-905-6252. The following is the conversation that occurred between BEAUCHAMP and TFO Gilbert.

- 2:04pm, TFO Gilbert messaged BEAUCHAMP "What's good".

- 2:04pm, BEAUCHAMP messaged TFO Gilbert "Hello".

- 2:26pm, TFO Gilbert messaged BEAUCHAMP "You good, can I grab 5 packs Wednesday morning".

- 2:26pm, BEAUCHAMP messaged TFO Gilbert "Yes all set".

- 2:27pm, TFO Gilbert messaged BEAUCHAMP "Same Dunkin before work".

- 2:27pm, TFO Gilbert messaged BEAUCHAMP "What's the numbers looking like".

- 2:29pm, BEAUCHAMP messaged TFO Gilbert "So we're looking at $1625 for 5 packs. Plus, I owe u a handful if I'm not mistaken....".

- 2:29pm, BEAUCHAMP messaged TFO Gilbert "And yeah we can do early morning or a little later if u want. Just let me know".

- 2:30pm, TFO Gilbert messaged BEAUCHAMP "Aight bet".

- 2:35pm, TFO Gilbert messaged BEAUCHAMP "Ol I have to take care of something else then link up with you at dunkin around 9:30-10".

- 2:36pm, BEAUCHAMP messaged TFO Gilbert "Aim for 10:30 then? I have another delivery about 9:30. Cool?"

- 2:44pm, TFO Gilbert messaged BEAUCHAMP "That'll work".

- 2:47pm, BEAUCHAMP messaged TFO Gilbert "Ok see you then".

- 2:49pm, TFO Gilbert messaged BEAUCHAMP a thumbs up emoji.


125.    On 3/9/21 at approximately 8:56AM an individual using KRAMER's ACI account number (122673) and using ACI recorded lines, contacted BEAUCHAMP at call number 401-692-8822. SA Delaney listened to the call and learned that an individual who identified themselves as Mason, was asked by KRAMER to contact BEAUCHAMP. During the call (00:30) Mason states to BEAUCHAMP "Hey it's umm my name is Mason he told me to call you and uhh tell you to take money out of the bank and put it

in the safe, he said it's nothing bad but he'll explain it later when he can get on the phone". BEAUCHAMP responded with "Ok". Mason then explains to BEAUCHAMP that KRAMER will contact her later that day. The telephone call ended at approximately 8:57AM.

126.    On 3/9/21 at approximately 9:13AM and individual using KRAMER's ACI account number (122673) and using ACI recorded lines, contacted BEAUCHAMP at call number 401-692-8822. SA Delaney listened to the call and learned that an individual who identified themselves as Mason, was asked by KRAMER to contact BEAUCHAMP. Mason had contacted BEAUCHAMP earlier in the morning on 3/9/21 at approximately 8:56AM.  During the call (00:39) Mason states to BEAUCHAMP "Nah it's me again he told me to ask you if his unemployment was due?" BEAUCHAMP responded with "yes". Mason then stated, "and also make sure you knew that the money (inaudible) his money in your account, and he also told me to tell you he loves you". BEAUCHAMP responded by saying "okay, got it alright thanks tell him I love him too". The telephone call ended at 9:14AM.

127.    On 3/9/21 at approximately 4:21PM KRAMER using ACI recorded lines, contacted BEAUCHAMP at call number 401-692-8822. During the call (00:29) BEAUCHAMP asks KRAMER "Why am I supposed to take all the money out of the bank?". KRAMER responds to BEAUCHAMP and states "Because I just don't trust it because if something happens to you like I thought it did yesterday then for one there could be no access to it for another if something ever to where you got in trouble they could take that, do you understand?". BEAUCHAMP then stated to KRAMER "Oh gotcha". Based upon training and experience, I know that those who engage in criminal activities, conceal their profits for fear of actions taken by law enforcement to seize it. Later during the call (15:20) KRAMER asked BEAUCHAMP who she has been in contact with today (3/9/21). BEAUCHAMP responded and stated h "I gotta meet Crystal after Elly goes to gymnastics before I pick her up at seven and then the rest of

the one for one is gone tomorrow morning when I meet Mass guy, he's taking the last five". KRAMER responded with "oh ok", to which BEAUCHAMP responded, "so that's leaves me with not much left so I'm going to have to go see "addy". KRAMER then states "(inaudible) the same thing" to which BEAUCHAMP responds "Huh, yeah I'm going do the same thing I already have it separated out and to the side so I know what I am working with". KRAMER then tells BEAUCHAMP "I want bug with you in the morning" and BEAUCHAMP responded by saying "Yes I know" and "yup he already knows, he's excited". Based upon previous reviews of recorded jail telephone calls between KRAMER and BEAUCHAMP, I know that BEAUCHAMP refers to TFO Gilbert as "Mass Guy" and "Addy" is a code name used by BEAUCHAMP and KRAMER when referencing their source of supply for drugs. The telephone call ended at approximately 4:42PM.

128.    On 3/10/21 at 8:47AM, KRAMER using ACI recorded lines, contacted BEAUCHAMP at call number 401-692-8822. SA Delaney listened to the call and learned that during the call (01:30) KRAMER asked BEAUCHAMP "Did you meet (inaudible) last night?", and BEAUCHAMP responds by saying "Yeah I'm empty". KRAMER then stated "What do you mean, yeah you already met that kid?" and BEAUCHAMP responded "No no no I mean I have his stuff set to the side which leaves me empty, there's maybe like twenty in hand but even then I literally just got out of the shower a couple minutes ago and I have to go to East Providence then I have to go to "addy" and then I have to go to the guy so I'll be good I'll be all set in a couple hours". I know that BEAUCHAMP had a scheduled meeting with TFO Gilbert on 3/10/21 to sell TFO Gilbert five hundred Adderall pills for $1625.00 dollars. Later during the call (10:20) KRAMER asked BEAUCHAMP "How much money is there besides I mean what besides the thousand for him and besides what's in the bank?" and BEAUCHAMP replied "and besides what's in the bank". BEAUCHAMP then stated, "one thousand one eleven fifty".

129.     Later during the call (15:35) BEAUCHAMP stated to KRAMER "Yeah I don't ever take cash with me, the only time there's ever cash in my pocket is when I'm in between running around and bringing it home". KRAMER responded to BEAUCHAMP and said, "Well like I said when you meet him if you have to lock it the glovebox or whatever, take the paperwork out". BEAUCHAMP then told KRAMER "Oh I get what you're saying I actually found a secret compartment in my truck". KRAMER then told BEAUCHAMP to be careful and to "check everything he's got, you know what I mean check the everything he gives you whatever, check it good then be like there it is see ya later". BEAUCHAMP then told KRAMER "Well like when I when I get when I umm meet him, he gets in and we go for a ride around the block and then I just drop him back off and its done its already been done you know what I mean so like ill have Bug with me and he'll have to count it while we drive around the block or whatever". KRAMER then told BEAUCHAMP "(inaudible) check it makes sure it's real", and BEUACHAMP responded "Yeah I know, I really don't think that they were fake I really think it's because of the residue on it that it wasn't going into the ATM". KRAMER then stated, "Yeah I know I'm just saying be careful". BEAUCHAMP then said to KRAMER "But whatever that will be a good deal if he's doing that every week that's cool" and KRAMER told BEAUCHAMP "Yeah exactly that pays for everything gives you six hundred and all that extra so". BEAUCHAMP then told KRAMER "Yeah and even then that's only five, that's only half of it", to which KRAMER responded, "Yeah I know that's why I said all that extra".

130.     I have determined, based upon the above call, as well as listening to numerous other recorded jail calls between KRAMER and BEAUCHAMP, that BEAUCHAMP and her son "Bug" were going to leave her residence with TFO Gilbert's order of five hundred pills. BEAUCHAMP was first going to go to East Providence to deliver a small quantity of pills to KRAMER'S cousin Wayne RUSSO who works in East Providence, RI. BEAUCHAMP was then going to meet with the SOS for Adderall pills

50

and acquire one thousand pills from him for one thousand dollars. BEAUCHAMP was then going to go and meet with TFO Gilbert to sell him five hundred Adderall pills for one thousand six hundred and twenty five dollars.

131.    On 03/10/21, at 09:05am, PPD Graham, PPD Giorgio, PPD Comella, PPD Costigan and PPD Pendergrass (PPD Detectives) initiated surveillance of BEAUCHAMP'S residence: (14 Redfern Street North Providence, RI.) At 9:05 am, PPD detectives observed BEAUCHAMP'S Silver Lincoln bearing a temporary tag parked on the street in front of the residence.  At 9:25am, BEAUCHAMP and a male who was later identified as Justin GUINDON AKA "Bug" (DOB: 01/23/02) were observed walking from the residence and entering the Silver Lincoln. PPD Detectives followed the Silver Lincoln as it traveled to the Dunkin Donuts drive thru located at 39 Putnam Pike Johnston, RI.

132.    At approximately 09:30am, SA Ventetuolo established surveillance of 17 Victory Street, Cranston, RI. This is the residence of the SOS for the Adderall pills (Davith HOY, DOB: 01/22/1980, FBI# 60285AB9). At this time, SA Ventetuolo observed a White Acura MDX bearing Rhode Island registration JN-273 and Green Subaru bearing RI registration KR-424 parked in the driveway of the residence. TFO Melfi later joined SA Ventetuolo surveilling 17 Victory Street, Cranston, RI.

133.    I conducted registration queries of the White Acura and the Green Subaru described above and learned that both vehicles are actively registered to Davith HOY DOB: 01/22/1980 with a registered address of 17 Victory Street, Cranston, RI.

134.    I conducted a criminal history query of HOY and learned that he has 17 prior charges and a previous felony conviction for robbery with a dangerous weapon. I also noted a caution from the North Carolina Department of Corrections where HOY was previously incarcerated and learned that they have listed HOY as a Tiny Rascal Gang Member.  The Tiny Rascals are a street gang involved in a variety of criminal offenses including drug trafficking.

135.    On 03/10/21, BEAUCHAMP using call number 401-300-8932, messaged with TFO Gilbert who was using call number 508-905-6252. The following is the conversation that occurred between BEAUCHAMP and TFO Gilbert.

- 9:54am, TFO Gilbert messaged BEAUCHAMP "What's up you still good on time I'm about 35-45 minutes out"

- 9:58am, BEAUCHAMP messaged TFO Gilbert "Absolutely"

- 10:02am, TFO Gilbert messaged BEAUCHAMP "Aight see you soon"

136.    PPD Detectives followed the Silver Lincoln from the Dunkin Donuts to the area of Clemenceau Street in East Providence, RI where the vehicle entered an industrial area. About a minute later, the vehicle exited the industrial park and was followed directly to the Ocean State Plaza located at 401 Reservoir Ave, Providence, RI. At 10:15 am, the Silver Lincoln Parked in the Ocean State Plaza parking lot between the Family Dollar and the T-Mobile. PPD Graham Photographed the Silver Lincoln waiting in the Ocean State Plaza.

137.    At approximately 10:09am, SA Ventetuolo observed and photographed a short, stocky Hispanic male emerge from the rear of 17 Victory Street wearing jeans, a black shirt, and a black hat.  SA Ventetuolo observed this male entering and exiting an unknown red vehicle parked at 17 Victory Street behind the Subaru.

138.    At approximately 10:14am, SA Ventetuolo observed and photographed a taller Asian male with a black and grey beard emerge from the rear of 17 Victory Street wearing a black hooded sweatshirt over a black t-shirt with white writing and a grey knit cap.  This male appeared to be looking at a phone.  The two males spoke for several minutes before the taller male entered the driver's side front seat of the White Acura MDX.

139.    At approximately 10:20 am, the White Acura MDX left 17 Victory Street traveling on Victory Street towards Legion Way.  TFO Melfi observed the MDX in the

area of Legion way and Reservoir Avenue.  The short Hispanic male continued to walk around the driveway and red vehicle parked at 17 Victory Street.

140.    PPD Detectives followed the White Acura MDX from Reservoir Ave to the Ocean State Plaza where, at 10:23am, it backed in next to BEAUCHAMP'S silver Lincoln. BEAUCHAMP was observed exiting her vehicle and entering the front seat of the White Acura MDX. About a minute later, BEAUCHAMP exited the White Acura MDX and entered her Silver Lincoln. The White Acura MDX and the Silver Lincoln both exited the parking lot. PPD Graham Video recorded the meeting between BEAUCHAMP and the Asian male identified as HOY.

141.    On 03/10/21, BEAUCHAMP using call number 401-300-8932, messaged with TFO Gilbert who was using call number 508-905-6252. The following is the conversation that occurred between BEAUCHAMP and TFO Gilbert.

- 10:25am, TFO Gilbert messaged BEAUCHAMP "I'm 5 minutes out"
- 10:27am, BEAUCHAMP messaged TFO Gilbert "Me too"
- 10:27am, BEAUCHAMP messaged TFO Gilbert "Hitting a little traffic"
- 10:27am, TFO Gilbert messaged BEAUCHAMP "Ok"
- 10:28am, BEAUCHAMP messaged TFO Gilbert "Construction going through Providence on the highway but I won't be more than 10 minutes even with this"
- 10:31am, TFO Gilbert messaged BEAUCHAMP "aight I'm posted up at the spot now"

142.    At approximately 10:45am, SA Ventetuolo observed the White Acura MDX arrive at 17 Victory Street, the same Asian male who left earlier exited the driver's side front door of the White Acura MDX.  The male walked to the first floor window of 17 Victory Street and appeared to place an unknown object inside the window.  The male then shut the window.  The Asian male continued to speak to the Hispanic male in the front yard at 17 Victory Street.  Both males walked into the rear of the residence at

approximately 11:02am. SA Ventetuolo photographed the two males speaking with each other outside of 17 Victory Street.

143.    SA Ventetuolo, after viewing known photographs of HOY, concluded that HOY was the Asian male pictured above who left earlier and later returned in the White Acura MDX.

144.    Prior to the start of the operation, I provided TFO Gilbert with $1,625 dollars of pre-recorded US Currency for the purchase of 500 Adderall pills from Rebecca BEAUCHAMP.

145.    PPD Miller was conducting video surveillance of the agreed upon meeting location (Dunkin Donuts 109 East Street Pawtucket, RI.) At 10:29am, PPD Miller observed TFO Gilbert arrive at the meeting location. At 10:35am, PPD Miller observed BEAUCHAMP arrive at the Dunkin Donuts parking lot operating a Silver Lincoln. TFO Gilbert, who was equipped with audio and video recording devices, observed BEAUCHAMP arrive at the meeting location with a male front seat passenger. TFO Gilbert then exited his government vehicle and entered the rear passenger seat of BEAUCHAMP'S Silver Lincoln.

146.    Soon after TFO Gilbert entered the Silver Lincoln, BEAUCHAMP asked TFO Gilbert "do you want to go for a ride or do you wanna?" TFO Gilbert responded "nah, we're cool right here."  The male front seat passenger handed TFO Gilbert a cardboard box containing suspected Adderall pills. TFO Gilbert examined the contents of the box and handed BEAUCHAMP one thousand six hundred twenty five dollars of prerecorded US Currency. BEAUCHAMP then counted the money. During the transaction, TFO Gilbert asked BEAUCHAMP if he could acquire "a couple thousand" Adderall Pills from her and BEAUCHAMP replied "absolutely."

147.    BEAUCHAMP asked TFO Gilbert if he could give her a day's notice because she has four kids and she has to "do the mom shit too." BEAUCHAMP then told TFO Gilbert that the front seat passenger was one of her children. During the

54

transaction, BEAUCHAMP told TFO Gilbert "I mean, if your gonna grab two thousand then I'll give you the three hundred fuck the twenty five."

148.    During the transaction, TFO Gilbert asked BEAUCHAMP about acquiring additional firearms and BEAUCHAMP told TFO Gilbert that KRAMER gets out of jail on April first and she will wait for him to get out to talk to him about that. BEAUCHAMP told TFO Gilbert "…it's not something I'll say over the phone when I talk to him anyway, but when he gets home, I can let him know and then he can reach out to his people, like he knows all the ghetto thug assholes and shit and I'm not that person, that's not me." At 10:39am, TFO Gilbert exited BEAUCHAMP'S Silver Lincoln carrying the cardboard box that contained the purchased Adderall pills and entered his government vehicle.

149.    TFO Gilbert reviewed a known photograph of Justin GUINDON DOB: 01/23/2002 obtained from the North Providence Police Department and concluded that Justin GUINDON was the front seat passenger.

150.    TFO Gilbert drove to a pre arrainged meeting location and turned over the purchased Adderall pills to TFO Smith. TFO Smith informed me that the purchased pills were in six separate clear plastic bags and each plastic bag contained approximately one hundred pills with the exception of one plastic bag that contained four pills. All six bangs were contained inside of a large clear plastic bag. I noted that the last transaction was short four pills and BEAUCHAMP had told TFO Gilbert that she would provide the missing pills to him during the next transaction.

151.    TFO Smith reported that the pills weighed 206.38 grams and totaled 504 pills. TFO Smith reported that a sample of the pills tested positive for Amphetamines. I know that Amphetamines are a schedule II controlled subsistence.

152.    On 3/11/21 at 8:51AM and individual using KRAMER's ACI account number (122673) and using ACI recorded lines, contacted BEAUCHAMP at call number 401-692-8822. SA Delaney listened to the call and learned that an individual who

identified themselves as Mason, was asked by KRAMER to contact BEAUCHAMP. Mason had contacted BEAUCHAMP on previous occasions on behalf of KRAMER. During the call (00:40) BEAUCHAMP says to Mason "Yeah I figured, yup everything went fine everything is all set". Mason then tells BEAUCHAMP "Alright I'll let him know, he also said any money you got transferred yesterday put in the safe too". BEAUCHAMP responds by saying "Yup, it's already done". The telephone call ended at 8:52AM.

153.    On 3/11/21 at 3:30PM KRAMER using ACI recorded lines, contacted BEAUCHAMP at call number 401-692-8822. SA Delaney listened to the call and learned that during the call (03:52) BEAUCHAMP told KRAMER "Oh so guess what so you know how we told that that random that is was three twenty five if he got the ya know so anyway he was talking about next week meeting me umm and he wants two thousand so I told he I would drop the twenty five dollars off and he could do three each if he did the two". KRAMER then says, "Jesus Christ that's a lot" to which BEAUCHAMP replies "no joke". KRAMER then tells BEAUCHAMP "be careful" and she then replies, "yeah the only thing is is I'm gonna be back to work I'm gonna have to meet him by myself". KRAMER then tells BEAUCHAMP "I'm not ok with that especially with the amount" and BEAUCHAMP replies "That's what I was thinking so I don't know I'm gonna have to try and get him to meet me even earlier that way I can make Bug go with me and then still bring him home that way I can put the money in the safe and then go to work". KRAMER then says to BEAUCHAMP "that's a lot though I don't know if I trust that" to which BEAUCHAMP replies "I don't know". Based on a review of the undercover operation that was executed on 3/10/21, SA Delaney knows that BEAUCHAMP made the offer of 2000 Adderall pills to TFO Gilbert for $300.00 dollars per 100 pills. The telephone call ended at 3:50PM.

*Probable Cause to Believe HOY Possesses and Distributes Amphetamines*

154.    Based on the controlled purchases described above, as well as the recorded jail calls, I believe that there is probable cause to believe that HOY both distributed amphetamines as well as presently possesses amphetamines for the purpose of distribution.

*HOY'S Residence*

155.    For the following reasons, there is probable cause to believe that HOY resides at the residence:

According to Rhode Island Department of Motor Vehicle records, specifically driver's license records and vehicle registration records, HOY resides at 17 Victory Street Cranston, RI.  Surveillance of 17 Victory Street has shown two vehicle's actively registered to HOY parked in the driveway of 17 Victory Street. Utility records show that there are two accounts for 17 Victory Street. A woman named Nicole Bunce is listed as apartment one and a man named Clemente Cintron Jr. is listed as apartment two. According to Rhode Island Department of Motor Vehicle records, specifically driver's license records, Nicole Hoy with the alias of Nicole Bunce resides at 17 Victory Street Cranston, RI.  I reviewed a 2017 arrest report from the Cranston Police Department and learned that HOY was arrested after a domestic incident with wife Nicole Hoy that occurred at 17 Victory Street Cranston, RI. Davith HOY'S contact number is listed as 401-649-3141 (cell phone one). A check with the USPS revealed that HOY receives mail at 17 Victory Street first floor Cranston, RI.

*Probable Cause to Search*

156.    Authorization is sought to search the residence for and seize the following:

(1)      amphetamines, digital scales, bagging material, drug ledgers, proceeds from the sale of amphetamines, and amphetamine processing and packaging

equipment to include equipment used in the manufacturing of amphetamine pills, because as set forth above there is probable cause to believe that HOY distributed amphetamines and possesses amphetamines for the purpose of distribution and common sense and my law enforcement experience advise that drug dealers commonly keep their drugs and the associated paraphernalia in their residences,

(2)     cellular or computer devices, including Cell Phone #1, because such devices are commonly kept by users in their residences and in this case it is known that Cell Phone #1 was used to communicate with BEAUCHAMP in furtherance of amphetamine distribution.

157.     Authorization is sought to search HOY'S person because common sense, everyday experience, and my law enforcement training advises that cellular telephones, drugs, and proceeds from the sale of drugs are often kept on the person of the owner of such items and materials.

158.     Authorization is sought to search HOY'S vehicle,  a 2005 White Acura MDX SUV bearing RI Registration (JN-273), (VIN# 2HNYD18915H514470) because common sense, everyday experience, and my law enforcement training advises that cellular telephones, drugs, and proceeds from the sale of drugs are often kept in the vehicle of people involved in the drug trade. It is believed that HOY used this vehicle on 03/10/21 to distribute amphetamine to BEAUCHAMP.

159.     Authorization is sought to search Cellphone #1 for and seize text messages and messaging records, photographs and videos, GPS data, social media applications, electronic mail, contact lists, toll records, banking and notation applications, and web browsing data because such data is commonly maintained on cellular telephones and in this case there is probable cause to believe that such data will evidence HOY'S amphetamine trafficking activities.  I know from my training and experience that drug traffickers commonly use the aforementioned types of data and

data stores in their trafficking activities, including in the notation of drug transactions and in communications with suppliers and customers.

**Conclusion**

160.     Based on the above, I believe that there is probable cause to believe that HOY has or is committing the offenses set forth in paragraph 3 above and that evidence of those offenses, as specified above, will be found in the residence, vehicle, on HOY'S's person, and in or on Cellphone #1.

161.     Furthermore, I note that searches of electronic or computer devices, such as Cellphone #1, can be complicated due to the nature of electronic or computer forensics, and details of the complications and the search methodology are described in Exhibit 1 and are incorporated herein.

Christian Jardin
ATF Special Agent

_____
ATF Special Agent Christian Jardin

| Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by _____. |
|---|
| *(specify reliable electronic means)* |
| _____            _____ |
| *Date*                                              *Judge's signature* |
| _____            _____ |
| *City and State*                              *Printed name and title* |

## EXHIBIT 1

Computer hardware (which can include cellular telephones), computer software, records, documents and materials, computer related documentation, passwords, and data security devices may be important to a criminal investigation in two distinct and important respects: (1) the objects themselves may be instrumentalities, fruits or evidence of crime and/or (2) the objects may have been used to collect and store information about crimes in the form of electronic data.

Based upon your affiant's knowledge, training and experience as well as on consultations with law enforcement officers in the area of computer forensics and investigations, it is known that searching and seizing information from computers often requires agents to seize most or all electronic storage devices, along with related peripherals, to be searched later by a qualified computer expert in a laboratory or other controlled environment.  This is true because of the following:

**Volume of Evidence.**  Computer storage devices, like hard disks, diskettes, tapes and laser disks, can store the equivalent of thousands of pages of information. Additionally, a suspect may try to conceal criminal evidence; he or she may store it in random order with deceptive file names.  This may require searching authorities to examine all the stored data to determine which particular files are evidence or instrumentalities of a crime.  This sorting process may take weeks or months depending on the volume of data stored and it would be impractical to attempt this kind of data search on site.

**Technical Requirements.**  Searching computer systems for criminal evidence is a highly technical process requiring expert skill and a properly controlled environment. The vast array of computer hardware and software available requires even computer experts to specialize in some systems and applications, making it difficult to know before a search which expert is qualified to analyze the system and its data.  Data search protocols are exacting scientific procedures designed to protect the integrity of the

evidence and to recover even "hidden", erased, compressed, password-protected or encrypted files.  Computer evidence is extremely vulnerable to inadvertent or intentional modification or destruction, both from external sources or from destructive code imbedded in the system, such as a "booby trap", necessitating a controlled environment for complete and accurate analysis. Additionally, the nature of computer forensics is extremely time consuming process which can take weeks or months.

Searching computerized information for evidence or instrumentalities of crime commonly requires seizure of most or all of a computer system's input/output peripheral devices, related software, documentation and data security devices, including passwords, so that a qualified computer expert can accurately retrieve the system's data in a laboratory or other controlled environment.  This is true because of the following:

The peripheral devices, which allow users to enter or retrieve data from the storage devices, vary widely in their compatibility with other hardware and software. Many system storage devices require particular input/output (I/O) devices in order to read the data on the system.  It is important that the analysts be able to properly reconfigure the system as it now operates in order to accurately retrieve the evidence listed above.  Additionally, the analyst needs the relevant system software - operating systems, interfaces and hardware drivers, any application software which may have been used to create the data, whether stored on hard drives or external media, as well as related instruction manuals or other documentation and data security devices.

In order to fully retrieve data from a computer system, the computer forensic analyst needs all or most of a computer system's equipment, and may be required to seize hardware, peripherals, software, documentation, security devices and passwords and run that data in its native environment in order to most effectively identify relevant evidence.  In addition, the analyst needs all the system software (operating systems or interfaces, and hardware drivers) and any applications software which may have been

2

used to create or display the data (whether stored on hard drives or on external media).  Instruction manuals for any hardware and software, and passwords, are also helpful to retrieve data/information.